ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
**PRINCIPAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>        Defendants. | Case No. C 07 4915 JCS<br><br>**PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF DEPOSIT OF INTERPLEADER FUNDS** |

PLEASE TAKE NOTICE that on September 21, 2007, plaintiff PRINCIPAL LIFE INSURANCE COMPANY deposited the sum of Fifty Seven Thousand Four Hundred Thirty three dollars and Fifty four cents ($57,433.54), which represented the insurance proceeds plus interest, payable under Principal Life Insurance's Policy No. 4346789.

Date: September 21, 2007        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
    Adrienne C. Publicover
    Michael K. Brisbin
    Attorneys for Plaintiff
    **PRINCIPAL LIFE INSURANCE COMPANY**

- 1 -
PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF DEPOSIT OF INTERPLEADER FUNDS
USDC NDCA No.
302356.1