ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
**PRINCIPAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>         Defendants. | Case No: C 07 4915<br><br>**PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES** |

Plaintiff Principal Life Insurance Company ("Principal Life") hereby submits this Notice of Interested Parties:

Plaintiff Principal Life Insurance Company – No pecuniary interest, other than reimbursement of costs and fees associated with handling and filing this Complaint in Interpleader.

Defendant Vina Cuesta Statua – Daughter, her interest is in the life insurance proceeds from the life insurance policy that insured Natividad A. Cuesta at the time of her death.

Defendant Inocencio S. Ambe – Brother, his interest is in the life insurance proceeds from the life insurance policy that insured Natividad A. Cuesta at the time of her death.

1  Defendant Corazon Ambe Cabales – Cousin, her interest is in the life insurance proceeds
2  from the life insurance policy that insured Natividad A. Cuesta at the time of her death.
3  Defendant Estela D. Reed – Counsin, her interest is in the life insurance proceeds from the
4  life insurance policy that insured Natividad A. Cuesta at the time of her death.

Date: September 21, 2007          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Michael K. Brisbin
Attorneys for Plaintiff
**PRINCIPAL LIFE INSURANCE COMPANY**