1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   MICHAEL K. BRISBIN  (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Plaintiff
6  **PRINCIPAL LIFE INSURANCE COMPANY**

7

8

9              **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11

12  PRINCIPAL LIFE INSURANCE            )   **Case No. C07-04915 (JCS)**
    COMPANY,                            )
13                                      )   **PROOF OF SERVICE**
                Plaintiff,              )
14                                      )
          v.                            )
15                                      )
    VINA CUESTA STATUA, INOCENCIO S.    )
16  AMBE, CORAZON AMBE CABALES,         )
    ESTELA D. REED, and DOES 1-10,      )
17                                      )
                Defendants.             )
18                                      )
                                        )
19  _____  )

20

21

22

23

24

25

26

27

28

- 1 –

1     I am a citizen of the United States, I am over the age of eighteen years not a party to the
2 within cause; I am employed in the City and County of San Francisco, California and my business
address is 525 Market Street, 17th Floor San Francisco, California 94105.

3     On this date I served the following document(s):
4

5     1.     NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF
            SUMMONS;
6
7     2.     WAIVER OF SERVICE OF SUMMONS (2 COPIES & SELF ADDRESSED
            STAMPED ENVELOPE);
8     3.     PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S COMPLAINT
            IN INTERPLEADER FOR DECLARATORY RELIEF;
9
10    4.     SUMMONS;

      5.     PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF
11           DEPOSIT OF INTERPLEADER FUNDS;
12    6.     CLERK'S OFFICE RECEIPT OF INTERPLEADER CHECK FOR THE
            AMOUNT OF $57,433.54 AND RECEIPT FOR THE FILING FEE FOR THE
13           AMOUNT OF $350.00;
14    7.     PLAINITFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF
            INTERESTED PARTIES;
15
16    8.     NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
            MAGISTRATE JUDGE FOR TRIAL;
17    9.     ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND
            ADR DEADLINES;
18
19    10.    STANDING ORDER;

      11.    NOTICE OF RULE DISCONTINUING SERVICE BY MAIL;
20
21    12.    STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT
            OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT
            STATEMENT;
22
23    13.    CASE MANAGEMENT CONFERENCE ORDER;

24    14.    U.S. DISTRICT COURT GUIDELINES;

25    15.    ECF REGISTRATION INFORMATION HANDOUT.
26
      on the party(ies) identified below, through their attorneys of record, by placing true copies thereof
27 in sealed envelopes addressed as shown below by the following means of service:
28

- 2 –

1   **XX:**    **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully
2   prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco,
    California, for collection to the office of the addressee following ordinary business practices.

3   **___:**    **By Personal Service** -- I caused each such envelope to be given to a courier messenger who
4   personally delivered each such envelope to the office of the addressee.

5   **___:**    **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail
    service at San Francisco, California, to be hand delivered to the office of the addressee on the next
6   business day.

7   **___:**    **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of
8   Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

9

Mark Cardinal                                           Laura Spease
10  De Vries Law Firm                                      Law Offices of Laura Spease
P.O. Box 996                                           7700 Edgewater Drive
11  San Juan Bautista, CA  95045-0961                      Oakland, CA 94621
*Attorney for Defendants*                              *Attorney for Defendant*
12  *VINA CUESTA STATUA AND*                               *ESTELA D. REED*
*INOCENCIO S. AMBE*
13

14  Corazon Ambe Cabales
14323 Merced Street
15  San Leandro, CA 94579
*Defendant*
16

17          I declare under penalty of perjury under the laws of the State of California that the foregoing
18  is true and correct to the best of my knowledge.

            EXECUTED October 4, 2007, at San Francisco, California.
19

20

Joya Yeung
21

22

23

24

25

26

27

28

---

– 3 –

PROOF OF SERVICE
USDC NDCA No. C07-04915 (JCS)
305317.1