UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRINCIPAL LIFE INS. CO.,

    Plaintiff(s),

v.

VINA CUESTA STATUA, ET AL.,

    Defendant(s).

No. C 07-04915 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/19/07

Signature

Counsel for *Principal Life*
(Name or party or indicate "pro se")

3

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**:   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___:   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___:   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___:   **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Mark Cardinal
De Vries Law Firm
P.O. Box 996
San Juan Bautista, CA  95045-0961
*Attorney for Defendants*
**VINA CUESTA STATUA AND
INOCENCIO S. AMBE**

Laura Spease
Law Offices of Laura Spease
7700 Edgewater Drive
Oakland, CA 94621
*Attorney for Defendant*
**ESTELA D. REED**

Corazon Ambe Cabales
14323 Merced Street
San Leandro, CA 94579
*Defendant*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 19, 2007**, at San Francisco, California.

Joya Yeung

- 1 -

PROOF OF SERVICE
USDC NDCA C07-04915 JCS
304791.1