```
 1  ADRIENNE C. PUBLICOVER  (SBN 161432)
    MICHAEL K. BRISBIN  (SBN 169495)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN& DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 5
    Attorneys for Plaintiff
 6  PRINCIPAL LIFE INSURANCE COMPANY
 7
 8                  UNITED STATES DISTRICT COURT
 9         NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
10
11  PRINCIPAL LIFE INSURANCE      )   Case No. C07-04915 (CW)
    COMPANY,                      )
12                                )   PROOF OF SERVICE
                 Plaintiff,       )
13                                )
         v.                       )
14                                )
    VINA CUESTA STATUA, INOCENCIO S. )
15  AMBE, CORAZON AMBE CABALES,   )
    ESTELA D. REED, and DOES 1-10, )
16                                )
                 Defendants.      )
17                                )
    _____)
18
```

19      I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

21      On this date I served the following document(s).

22  **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

23  on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

25  **XX**:   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

27  ___:   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

28

---

- 1 –

PROOF OF SERVICE
USDC NDCA No. C07-04915 (CW)
308738.1

- 2 –

1  ___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

2

3  ___: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

4

5  Mark Cardinal                                         Laura Spease
De Vries Law Firm                                  Law Offices of Laura Spease
6  P.O. Box 996                                           7700 Edgewater Drive
San Juan Bautista, CA  95045-0961         Oakland, CA 94621
7  *Attorney for Defendants*                      *Attorney for Defendant*
*VINA CUESTA STATUA AND*              *ESTELA D. REED*
8  *INOCENCIO S. AMBE*

9

Corazon Ambe Cabales
10  14323 Merced Street
San Leandro, CA 94579
11  *Defendant*

12

         I declare under penalty of perjury under the laws of the State of California that the foregoing
13  is true and correct to the best of my knowledge.

14         EXECUTED **October 26, 2007**, at San Francisco, California.

15

16                                                                                     _____
                                                                                        Joya Yeung

17

18

19

20

21

22

23

24

25

26

27

28

- 2 –

PROOF OF SERVICE
USDC NDCA No. C07-04915 (CW)
308738.1