1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
        Spease-Tel:   (510) 569-8558
4       Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7       Tel:   (208) 280-3766

8       Attorneys for Estela D. Reed

9
                    UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | PRINCIPAL LIFE INSURANCE         )
   | COMPANY,                         )
13 |                                  ) Case No.   C-07-4915 CW
   |         Plaintiff,               )
14 |                                  )
   | vs.                              )   NOTICE OF APPEARANCE
15 |                                  )      BY ESTELA D. REED
   | VINA CUESTA STATUA, INOCENCIO    )
16 | S. AMBE, CORAZON AMBE            )
   | CABALES, ESTELA D. REED, and     )
17 | DOES 1-10,                       )
   |                                  )
18 |         Defendants.              )
   | _____  )
19

20      COMES NOW ESTELA D. REED (hereafter referred to as "Defendant" or "REED")

21 and gives notice of appearance in the above matter through her counsel whose names and

22 addresses are as follows:

23              Montie S. Day, Attorney   (Cal Bar No. 73327)
                Laura R. Spease, Attorney (Cal Bar No.  78273)
24              LAW OFFICES OF LAURA R. SPEASE
                7700 Edgewater Drive, Suite 147
25              Oakland, California 94621
                    Spease-Tel:   (510) 569-8558
26                          E-mail:  Laura@speaselaw.com
                    Day-Tel:      (208) 280-3766
27                          E-mail: Oyad@aol.com

28
_____
NOTICE OF APPEARANCE

1  and

2     Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
3     P. O. Box 1045
   Shoshone, Idaho 83352
4       Tel:   (208) 280-3766
      E-mail: Oyad@aol.com
5

6  Date: November 10, 2007      LAW OFFICES OF LAURA R. SPEASE
               and DAY LAW OFFICES
7
               /s/ Montie S. Day
8              BY:_____
              Montie S. Day, Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
NOTICE OF APPEARANCE                         - 2 -

CERTIFICATE OF SERVICE

I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

Documents Served:

NOTICE OF APPEARANCE BY ESTELA D. REED

by serving electronically the following automatically upon filing by ECF procedures

**Michael K. Brisbin**
michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

**Adrienne Clare Publicover**
Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

| | |
|---|---|
| Mark Cardinal | Corazon Ambe Cabales |
| De Vries Law Firm | 14323 Merced Street |
| P. O. Box 996 | San Leandro, CA   94579 |
| San Juan Baustista, CA   95045 | Defendant |
| Attorney for Vina Cuesta Statua and | |
|    Inocencio S. Ambe | |

I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on November 10, 2007 at Shoshone, Idaho 83352.

/s/ Montie S. Day

_____
Montie S. Day, Attorney

NOTICE OF APPEARANCE                                                                                                    - 3 -