DANIEL J. DE VRIES (Bar No. 154415)
MARC J. CARDINAL (Bar. No. 197437)
DE VRIES LAW GROUP
Las Puertas Building
53 Muckelemi Street
Post Office Box 996
San Juan Bautista, California 95045
Telephone:   831-623-4100
Facsimile:    831-623-4101
Email: djdv@devrieslawgroup.com
Email: mjc@devrieslawgroup.com

Attorneys for Defendant
VINA CUESTA STATUA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –

OAKLAND DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VINA CUESTA STATUA. INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>Defendants. | CASE NO.  C 07-04915 CW<br><br>**NOTICE OF APPEARANCE OF DEFENDANT VINA CUESTA STATUA** |

COMES NOW DEFENDANT, VINA CUESTA STATUA, (hereinafter referred to as "Defendant" or "STATUA"), and gives notice of appearance in the above matter through her counsel whose names and address is as follows:

    Daniel J. De Vries (Cal Bar No. 154415)
    Marc J. Cardinal (Cal Bar No. 197437)
    De Vries Law Group
    P.O. Box 996
    San Juan Bautista, CA 95045
    Phone:  (831) 623-4100
    Fax:   (831) 623-4101
    Email:      djdv@devrieslawgroup.com
                 mjc@devrieslawgroup.com

1  Dated: Nov 29, 2007

2                                    DE VRIES LAW GROUP

3

4                                    By _____
                                        MARC J. CARDINAL
5                                       Attorneys for Defendant
                                        VINA CUESTA STATUA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


DE VRIES LAW GROUP

# PROOF OF SERVICE

Case Name: *Principal Ins. Co. vs. Statua, et al.*
Action Number: C 07-04915 CW

I am a citizen of the United States of America. My business address is Post Office Box 996/53 Muckelemi Street, San Juan Bautista, California, 95045. I am employed in the County of San Benito where this service occurs. I am over the age of 18 years, and not a party to this litigation. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:
**NOTICE OF APPEARANCE**

The above described documents were served on the following interested parties in the manner set forth below, or on the attached service list.

> Corazon Ambe Cabales
> 14323 Merced Street
> San Leandro, CA 94579

☐ **BY FAX:** By transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth below, or as stated in the attached service list, on this date before 4:00 p.m.

☑ **BY MAIL:** I caused such envelope(s) with affixed prepaid postage to be placed in the United States mail in San Juan Bautista, California.

☐ **BY PERSONAL SERVICES:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelopes to be delivered to an overnight delivery service with all fees paid in advance, addressed to the person(s) on whom it was to be served.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and this proof of service was executed this 29th day of November, and 2007, at San Juan Bautista, California.

*/s/ Sandy Mullen*
Sandy Mullen