//
//

# EXHIBIT A    DESIGNATION OF BENEFICIARY

//
//



**Principal Financial Group**

Mailing Address:
P.O. Box 10431
Des Moines, IA 50306-0431
For assistance, please call: 1.800.247.9988

Principal Life Insurance Company | Beneficiary Change Form

The following beneficiary designation will be in force until revoked in writing.

## Policy Information

Policy Number(s)
✓ 4346789

On the Life of
✓ Natividad A. Cuesta

Complete appropriate sections of 1 and 2 then sign the appropriate section of 3.

**If your primary beneficiary is/are:**
- An Individual Person(s) ............................... Complete section ............... 1A
- A Corporation ............................................. Complete section ............... 1A
- A Trust ....................................................... Complete section ............... 1B
- Minor Children ........................................... Complete sections ........... 1A and 1C

**If your beneficiary is for:**
- A Spouse- or Child-Term Rider ................. Complete section ............... 1D

**If your contingent (secondary) beneficiary is:**
- An Individual Person(s) or A Corporation ... Complete section ............... 2A
- A Trust ....................................................... Complete section ............... 2B

## Designation Instructions

- If you list more than one beneficiary in your primary or contingent (secondary) designation, the proceeds will be paid equally or to the survivors or survivor, unless you indicate otherwise.
- If you elect to fill out percentages, the total must equal 100% or the form will be returned to you. If you elect percentages, proceeds for any beneficiary who dies prior to the insured, will be paid equally to the survivors or survivor, unless you indicate otherwise.
- If additional space is needed for the beneficiary designation, write "see attached" in the space provided below and attach a separate page with this form. The date, policy number, and signature(s) must appear on attached pages.

### 1A. Primary Beneficiary Designation     ☐ No change to current designation (check box)

| | Beneficiary full name | Relationship | Share % | Last 4 digits of Social Security # |
|---|---|---|---|---|
| 1. ✓ | Estela D. Reed | Cousin | 100% | -8613 |
| 2. | | | | |
| 3. | | | | |

☐ Per Stirpes Designation: If any beneficiary dies before the Insured and leaves children, by birth or legal adoption, who survive the Insured, such children of the beneficiary shall receive in equal portions the share their parent would have received if living; otherwise, the share of a beneficiary who dies before the Insured shall be paid equally to the surviving beneficiaries of the Insured. (check box if applicable).

### 1B. Testamentary and Personal Trusts
In order to receive proceeds, Trust must prove it is legally in existence at a time and in a manner that Principal requests.

☐ Trustee of the Trust created in the Last Will and Testament of the Insured, OR

☐ _____ Trustee(s), or a successor in Trust under
        Trustee Name(s)

_____ established _____
        Trust Name                                              Date of Trust Agreement

DD 638-19                    Page 1 of 2

04/26/2007 14:06  4084377205                 PRINCIPAL FINANCIAL                PAGE 03/03
04/03/2007 09:05  5107425                    JRLDPAC
                                             PRINCIPAL FINANCIAL                PAGE 03

**1C.** Beneficiary Designation with UTMA "Uniform Transfers to Minors Act" Custodian

If any beneficiary is a minor, proceeds shall be paid to: _____ as custodian for such "minor" beneficiary. Substitute custodian: _____

**1D.** Spouse or Child Term Rider

Proceeds on the death of the insured spouse shall be paid to:

| Beneficiary full name | Relationship | Last 4 digits of Social Security # |
|---|---|---|
|  |  |  |

Proceeds on the death of an insured child shall be paid to:

| Beneficiary full name | Relationship | Last 4 digits of Social Security # |
|---|---|---|
|  |  |  |

In the event said primary beneficiary(ies) predecease me, I designate as a contingent beneficiary(ies):

**2A.** A Person or Corporation      ☐ No change to current designation (check box)

| # | Beneficiary full name | Relationship | Share % | Last 4 digits of Social Security # |
|---|---|---|---|---|
| 1. |  |  |  |  |
| 2. |  |  |  |  |

**2B.** Testamentary and Personal Trusts

In order to receive proceeds, Trust must prove it is legally in existence at a time and in a manner that Principal requests.

☐ Trustee of the Trust created in the Last Will and Testament of the Insured, OR

☐ _____ Trustee(s), or a successor in Trust under
   Trustee Name(s)

_____ established _____
Trust Name                              Date of Trust Agreement

**3A.** Signature for policies owned by Individual(s)

| Signature of Owner | Email Address | Telephone | Date |
|---|---|---|---|
| *[signed]* | 1419 Sherman St. #D  Alameda, CA 94501 | (510) 338-2237 | 4/2/07 |

| Signature of Joint Owner | Email Address | Telephone | Date |
|---|---|---|---|
|  |  | ( ) |  |

| Signature of Custodian, Guardian, or Conservator | Title | Date |
|---|---|---|
|  |  |  |

| Signature of Beneficiary (if named irrevocable) | | Date |
|---|---|---|
| Estela D Reed  *[signed]* | | 4/2/07 |

| Signature of Witness (required for life insurance policies issued in the State of Massachusetts) | Date |
|---|---|
| *[signed]* | 4/2/07 |

**3B.** Signature for policies owned by a Corporation or Trust

Name of Corporation or Trust _____

| Signature of Officer(s) | Title of Officer(s) | Date |
|---|---|---|
|  |  |  |

| Signature of Trustee(s) | Title of Trustee(s) | Date |
|---|---|---|
|  | Trustee |  |

| Signature of Beneficiary (if named irrevocable) | Date |
|---|---|
|  |  |

| Signature of Witness (required for life insurance policies issued in the State of Massachusetts) | Date |
|---|---|
|  |  |

For more information:
Log on to our website at www.principal.com

DD 638-18                         Page 2 of 2