1 | Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No.  78273)
2 | LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
3 | Oakland, California 94621
     Spease-Tel:   (510) 569-8558
4 |    Day-Tel:   (208) 280-3766

5 | Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
6 | P. O. Box 1045
Shoshone, Idaho 83352
7 |    Tel:   (208) 280-3766

8 |      Attorneys for Estela D. Reed

9 |

10 |                  UNITED STATES DISTRICT COURT

11 |          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | PRINCIPAL LIFE INSURANCE          )
COMPANY,                          )
13 |                                   ) Case No.   C-07-4915 CW
          Plaintiff,                 )
14 |                                   )
vs.                               )
15 |                                   )
VINA CUESTA STATUA, INOCENCIO     )
16 | S. AMBE, CORAZON AMBE            )
CABALES, ESTELA D. REED, and      )  DECLINATION TO PROCEED
17 | DOES 1-10,                        )
                                  )   BEFORE U.S. MAGISTRATE
18 |          Defendants.             )
_____   )
19 |                                   )
and related cross-claim.          )
20 | _____   )

21 |

22 |      The undersigned, on behalf of Estela Reed, defendant and cross-claimant, declines

23 | to consent to assignment of the above action to a U.S. Magistrate.

24 |      This case has already been assigned to a U.S. District Court Judge based upon the

25 | declination of consent filed by Principal Life Insurance Company.

26 | Date:   December 6, 2007          DAY LAW OFFICES

27 |                                         s/s Montie S. Day
                                  BY: _____
28 |                                  Montie S. Day, Attorney (Cal Bar #73327)

_____

ESTELA D. REED'S DECLINATION . OF CONSENT RE: MAGISTRATE

1

2

CERTIFICATE OF SERVICE

3

4        I, Montie S. Day, state that the following described documents were served on the
below listed parties and/or attorney in the manner set forth below:

5

Documents Served:

6

DECLINATION OF PROCEED BEFORE U.S. MAGISTRATE

7

8    by serving electronically the following automatically upon filing by ECF procedures

9        **Michael K. Brisbin**
            michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

10       **Adrienne Clare Publicover**
            Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@Wil
11          sonElser.com

12       **Montie S. Day**

         Oyad@aol.com
13

         **Daniel J. DeVries**
14       DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

15

16   and by serving the following parties who may have an interest in the pending motion by
     mailing such notice addressed as follows (if not served electronically as above):

17   Corazon Ambe Cabales
     14323 Merced Street
18   San Leandro, CA   94579
     Defendant
19

20       I declare under the penalties of perjury that the foregoing is true and correct, and that
     I have  executed this certificate on December 6, 2007 at Williams, California 95987
21

22                                               /s/ Montie S. Day

23                                               _____
                                                 Montie S. Day, Attorney
24

25

26

27

28

_____