Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No. 78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:  (510) 569-8558
   Day-Tel:  (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:  (208) 280-3766

   Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, <br><br> Defendants. <br> _____ <br> and related cross-claim. <br> _____ | Case No.  C-07-4915 CW <br><br> CERTIFICATE OF INTERESTED PARTIES <br><br> LOCAL RULE 3-16 |

Pursuant to Local Rule 3-16, the undersign certifies that as of this date, other than the named parties, there is no such interest to report.

Date:   December 6, 2007                    DAY LAW OFFICES

                                                                  s/s Montie S. Day
                                            BY: _____
                                                 Montie S. Day, Attorney (Cal Bar #73327)

_____
CERTIFICATE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

Documents Served:

CERTIFICATE OF INTERESTED PARTIES

by serving electronically the following automatically upon filing by ECF procedures

**Michael K. Brisbin**
michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

**Adrienne Clare Publicover**
Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

**Montie S. Day**
Oyad@aol.com

**Daniel J. DeVries**
DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

Corazon Ambe Cabales
14323 Merced Street
San Leandro, CA   94579
Defendant

I declare under the penalties of perjury that the foregoing is true and correct, and that I have  executed this certificate on December 6, 2007 at Williams, California 95987

/s/ Montie S. Day

_____
Montie S. Day, Attorney