ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
**PRINCIPAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>     v.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>         Defendants. | Case No. C07-04915 (CW)<br><br>**PROOF OF SERVICE** |

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

1. **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;**

2. **WAIVER OF SERVICE OF SUMMONS (2 COPIES & SELF ADDRESSED STAMPED ENVELOPE);**

3. **PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER FOR DECLARATORY RELIEF;**

- 1 –
PROOF OF SERVICE
USDC NDCA No. C07-04915 (CW)
317604.1

4. SUMMONS;

5. PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF DEPOSIT OF INTERPLEADER FUNDS;

6. CLERK'S OFFICE RECEIPT OF INTERPLEADER CHECK FOR THE AMOUNT OF $57,433.54 AND RECEIPT FOR THE FILING FEE FOR THE AMOUNT OF $350.00;

7. PLAINITFF PRINCIPAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES;

8. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

9. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

10. STANDING ORDER;

11. NOTICE OF RULE DISCONTINUING SERVICE BY MAIL;

12. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

13. CASE MANAGEMENT CONFERENCE ORDER;

14. U.S. DISTRICT COURT GUIDELINES;

15. ECF REGISTRATION INFORMATION HANDOUT;

16. PROOF OF SERVICE (DOCUMENT 6 - FILED 10/4/07);

17. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REQEST FOR REASSIGNEMENT TO A UNITED STATES DISTRICT JUDGE;

18. WAIVER OF SERVICE OF SUMMONS – ESTELA D. REED;

19. CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE;

20. PROOF OF SERVICE (DOCUMENT 13 – FILED 10/26/07);

21. WAIVER OF SERVICE OF SUMMONS – VINA CUESTA STATUA.

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

1  \_\_\_:   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

2

3  \_\_\_:   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

4

5  **XX**:   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

6

7  \_\_\_:   **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

8

9

10  Inocencio S. Ambe
907 Paroba Street
Santa Maria, Sta. Ana
2022 Pampanga, Philippines
***Defendant***

11

12

13  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

14

15  EXECUTED December 18, 2007, at San Francisco, California.

16  _[signature]_
Joya Yeung

- 3 -

PROOF OF SERVICE
USDC NDCA No. C07-04915 (CW)
317604.1