Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No. 78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
  Spease-Tel:  (510) 569-8558
  Day-Tel:  (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
  Tel:  (208) 280-3766

   Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | Case No.   C-07-4915 CW |
| vs. | MOTION TO EXTEND TIME AND TO RESET THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JANUARY 15, 2007 |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, | |
| Defendants. | SUPPORTING DECLARATION OF MONTIE S. DAY |
| ESTELA D. REED, | (LOCAL RULE 6.1(b)) |
| Cross-complainant, | |
| vs. | |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES, | |
| Cross-defendants. | |

_____
NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

APPLICATION IS MADE and set for January 3, 2008, or as soon thereafter as the matter may be heard in before the Honorable Claudia Wilken, at Courtroom 2, 4th Floor, United States Courthouse, Oakland, California, and notice is hereby given that defendant and cross-claimant Estella D. Reed, with the consent of Pacific Life Insurance Company and Vina Cuesta Statua, will move this Court for an ORDER to continue the Case Management Conference currently set for January 15, 2007 to March 25, 2007 at 2:00 p.m.

The application is made pursuant to Local Rule 6.1(b), and is made by application in that there are two parties have not appeared in the action and thus a complete stipulation to continue the hearing cannot be made to the Court. **Notwithstanding, as to the parties now before the Court, this matter appears to be resolved and it is anticipated with the extension of time, this matter will be settled and fully resolved**.

The grounds for the continuance of the CMC are as follows:

1. The parties now before the Court are Principal Life Insurance Company who filed the interpleader action, Vina Cuesta Statua, a defendant, and Estela D. Reed, a defendant and a cross-claimant. Not before the court are Inocencio S. Ambe (resident of the Philippines) and Carazon Ambe Cabales (San Leandro, California), both of whom are being served or have been served.

2. As among Principal Life Insurance Company who filed the interpleader action and the defendants Vina Cuesta Statua and Estela D. Reed, an agreement has been reached whereby $2,500.00 will be paid to Principal Life Insurance Company, conditioned upon the Court entering the order for the attorney fees and costs and an order discharging the Principal Life Insurance Company from this action and any liability. In that there are two minority interested defendants who have not been defaulted and have not appeared, a noticed

_____
NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

1 motion, which is being prepared by counsel for Estela D. Reed will be filed, will be filed.
2 However, the notice requirement for such a motion would required 35 days so that notice
3 can be given the minority defendants.
4     3. As between defendant Vina Cuesta Statua, who has potentially 94% interest in the
5 interpled funds, and Estela D. Reed, who has potentially 100% interest in the interpled
6 funds, an agreement has been reached as of December 20, 2007, whereby Vina Cuesta Statua
7 would received $10,000.00 from the interpled funds (after the $2,500.00 is paid to Principal
8 Life Insurance Company). Defendant Estela D. Reed would receive the balance.
9     4. As to defendants Inocencio S. Ambe (resident of the Philippines) and Carazon
10 Ambe Cabales (San Leandro, California), both of which have been served or are in the
11 process of being served, it is unlikely they will appear. These two defendants have only a
12 contingent beneficial interest of 6% of the proceeds, even if they prevailed in the action. It
13 is likely that neither of these defendants will appear and it is expected that their default will
14 be taken when time has expired for such action
15     5. If the defaults of Inocencio S. Ambe (resident of the Philippines) and Carazon
16 Ambe Cabales (San Leandro, California) are taken, then this matter may be disposed of by
17 a stipulated judgment. If, on the other hand, either party does appear in the action, the
18 motion to discharge Principal Life Insurance Company as described above will proceed and
19 be decided by the Court. At this point,Vina Cuesta Statua, Estela D. Reed, and Principal
20 Life Insurance Company are in agreement with the motion.
21     For the reasons set forth above, it is believed that the parties will resolve this matter
22 by or before March 25, 2008, and by such time, will be able to either totally resolve the issues
23 or will eliminate the major issues leaving the two contingent potential interested parties.
24
25
26 Date: December 21, 2007                          DAY LAW OFFICES
27 _____
28 NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

- 3 -

/s/ Montie S. Day

BY: _____

Montie S. Day, Attorney

## DECLARATION OF MONTIE S. DAY

I, Montie S. Day, declare:

1. I am an attorney duly admitted to practice before this Court, and make this declaration upon personal knowledge.

2. The facts and grounds as set forth in the application above are true and correct.

3. As to the Plaintiff Principal Life Insurance Company and the defendants Vina Cuesta Statua and Estela D. Reed has been essential resolved, subject to procedural issues. The procedural issues and a motion are required to consummate the agreement as the two minority interested defendants have not appeared in the action.

4. The defendants have been served by the Plaintiff Principal Life Insurance Company, as of December 20, 2007, the defendant Inocencio S. Ambe (resident of the Philippines) is being served the summons on the cross-claim pursuant to Rule 4 via UPS personal delivery. The other defendant has been requested to return the waiver of service and acknowledgment by mail.

I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this declaration on December 21, 2007 at Williams, California.

/s/ Montie S. Day

_____

Montie S. Day, Attorney

## CERTIFICATE OF SERVICE

_____
NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

1  I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:
2  Documents Served:

3  MOTION TO EXTEND TIME AND TO RESET THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JANUARY 15, 2007 AND
4  SUPPORTING DECLARATION OF MONTIE S. DAY'

5  PROPOSED ORDER

6
7  by serving electronically the following automatically upon filing by ECF procedures

8  **Michael K. Brisbin**
   michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

9  **Adrienne Clare Publicover**
10    Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

11  **Montie S. Day**
    Oyad@aol.com
12
    **Daniel J. DeVries**
13    DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

14
15  and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

16  Corazon Ambe Cabales
17  14323 Merced Street
    San Leandro, CA   94579
    Defendant
18
    Mr. Inocencio S. Ambe
19  907 Paroba Street
    Santa Maria, Sta. Ana
20  2022 Pampanga, Philippines
    Defendant
21
22  I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on December 21 2007 at Williams, California 95987.

23                                    /s/ Montie S. Day
24                                    _____
                                      Montie S. Day, Attorney
25

26
27  _____
28  NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

- 5 -