1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No. 78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:   (208) 280-3766

8      Attorneys for Estela D. Reed

9
                UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | PRINCIPAL LIFE INSURANCE      )
   | COMPANY,                      )
13 |                               ) Case No.   C-07-4915 CW
   |       Plaintiff,              )
14 |                               )     (Proposed)
   | vs.                           ) ORDER TO EXTEND TIME
15 |                               ) AND TO RESET THE CASE
   | VINA CUESTA STATUA, INOCENCIO ) MANAGEMENT CONFERENCE
16 | S. AMBE, CORAZON AMBE         ) CURRENTLY SET FOR
   | CABALES, ESTELA D. REED, and  ) JANUARY 15, 2007
17 | DOES 1-10,                    )
   |                               )
18 |       Defendants.             )
   | _____ )
19 |                               )
   | ESTELA D. REED,               )
20 |                               )
   |       Cross-complainant,      )
21 | vs.                           )
   |                               )
22 | VINA CUESTA STATUA, INOCENCIO )
   | S. AMBE, and CORAZON AMBE     )
23 | CABALES,                      )
   |                               )
24 |       Cross-defendants.       )
   | _____ )
25

26

27

28 _____
   ORDER CONTINUING CMC

- 2 -

1
2
3    UPON THE APPLICATION AND MOTION of Estella D. Reed, with the consent
4 of Pacific Life Insurance Company and Vina Cuesta Statua, and for good cause appearing:
     IT IS HEREBY ORDERED that the Case Management Conference currently set for
5
January 15, 2007 is continued to March 25, 2007 at 2:00 p.m.
6
7
                                                    _____
8
                                                    Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  _____
    ORDER CONTINUING CMC
                                                                                    - 2 -