1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:  (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:  (208) 280-3766

8       Attorneys for Estela D. Reed

9
                   UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  PRINCIPAL LIFE INSURANCE            )
    COMPANY,                            )
13                                      )  Case No.   C-07-4915 CW
            Plaintiff,                  )
14                                      )
    vs.                                 )    MOTION TO EXTEND TIME
15                                      )    AND TO RESET THE CASE
    VINA CUESTA STATUA, INOCENCIO       )    MANAGEMENT CONFERENCE
16  S. AMBE, CORAZON AMBE               )    CURRENTLY SET FOR
    CABALES, ESTELA D. REED, and        )    JANUARY 15, 2008
17  DOES 1-10,                          )
                                        )
18          Defendants.                 )
    _____ )    SUPPORTING DECLARATION
19                                      )    OF MONTIE S. DAY
    ESTELA D. REED,                     )
20                                      )    (LOCAL RULE 6.1(b))
            Cross-complainant,          )
21  vs.                                 )
                                        )
22  VINA CUESTA STATUA, INOCENCIO       )         (ERRATA)
    S. AMBE, and CORAZON AMBE           )
23  CABALES,                            )
                                        )
24          Cross-defendants.           )
    _____ )
25

26

27  _____
    NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION
28

1

2      TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

3
       APPLICATION IS MADE and set for January 3, 2008, or as soon thereafter as the
4
matter may be heard in before the Honorable Claudia Wilken, at Courtroom 2, 4th Floor,
5
United States Courthouse, Oakland, California, and notice is hereby given that defendant and
6
cross-claimant Estella D. Reed, with the consent of Pacific Life Insurance Company and
7
Vina Cuesta Statua, will move this Court for an ORDER to continue the Case Management
8
Conference currently set for January 15, 2008 to March 25, 2008 at 2:00 p.m.
9
       The application is made pursuant to Local Rule 6.1(b), and is made by application in
10
that there are two parties have not appeared in the action and thus a complete stipulation  to
11
continue the hearing cannot be made to the Court. **Notwithstanding, as to the parties now**
12
**before the Court, this matter appears to be resolved and it is anticipated with the**
13
**extension of time, this matter will be settled and fully resolved**.
14
       The grounds for the continuance of the CMC are as follows:
15
       1.   The parties now before the Court are Principal Life Insurance Company who filed
16
the interpleader action, Vina Cuesta Statua, a defendant, and Estela D. Reed, a defendant and
17
a cross-claimant.   Not before the court are Inocencio S. Ambe (resident of the Philippines)
18
and Carazon Ambe Cabales (San Leandro, California), both of whom are being served or
19
have been served.
20
       2.   As among Principal Life Insurance Company who filed the interpleader action and
21
the defendants Vina Cuesta Statua and Estela D. Reed, an agreement has been reached
22
whereby $2,500.00 will be paid to Principal Life Insurance Company, conditioned upon the
23
Court   entering the order for the attorney fees and costs and an order discharging the
24
Principal Life Insurance Company from this action and any liability.  In that there are two
25
minority interested defendants who have not been defaulted and have not appeared, a noticed
26

27    _____

28

1   motion, which is being prepared by counsel for Estela D. Reed will be filed, will be filed.

2   However,  the notice requirement for such a motion would required 35 days so that notice

3   can be given the minority defendants.

4        3.  As between defendant Vina Cuesta Statua, who has potentially 94% interest in the

5   interpled funds,  and Estela D. Reed, who has potentially 100% interest in the interpled

6   funds, an agreement has been reached as of December 20, 2007, whereby Vina Cuesta Statua

7   would received $10,000.00 from the interpled funds (after the $2,500.00 is paid to Principal

8   Life Insurance Company).   Defendant Estela D. Reed would receive the balance.

9        4.  As to defendants Inocencio S. Ambe (resident of the Philippines) and Carazon

10  Ambe Cabales (San Leandro, California), both of which  have been served or are in the

11  process of being served, it is unlikely they will appear.  These two defendants have only a

12  contingent beneficial interest of 6% of the proceeds, even if they prevailed in the action.   It

13  is likely that neither of these defendants will appear and it is expected that their default will

14  be taken when time has expired for such action

15       5.   If the defaults of  Inocencio S. Ambe (resident of the Philippines) and Carazon

16  Ambe Cabales (San Leandro, California) are taken, then this matter may be disposed of by

17  a stipulated judgment.   If, on the other hand, either party does appear in the action, the

18  motion to discharge Principal Life Insurance Company as described above will proceed and

19  be decided by the Court.   At this point,Vina Cuesta Statua, Estela D. Reed, and Principal

20  Life Insurance Company are in agreement with the motion.

21       For the reasons set forth above, it is believed that the parties will resolve this matter

22  by or before March 25, 2008, and by such time, will be able to either totally resolve the issues

23  or will eliminate the major issues leaving the two contingent potential interested parties.

24

25

26

27  _____

28  NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

1  Date:   December 21, 2007                          DAY LAW OFFICES

2                                                      /s/ Montie S. Day

3                                                      BY: _____

4                                                      Montie S. Day, Attorney

5

6                          DECLARATION OF MONTIE S. DAY

7        I, Montie S. Day, declare:

8        1.   I am an attorney duly admitted to practice before this Court, and make this

9  declaration upon personal knowledge.

10       2.   The facts and grounds as set forth in the application above are true and correct.

11       3.    As to the Plaintiff Principal Life Insurance Company and the defendants Vina

12  Cuesta Statua and Estela D. Reed has been essential resolved, subject to procedural issues.

13  The procedural issues and a motion are required to consummate the agreement as the two

14  minority interested defendants have not appeared in the action.

15       4.    The defendants have been served by the Plaintiff Principal Life Insurance

16  Company, as of December 20, 2007, the defendant Inocencio S. Ambe (resident of the

17  Philippines) is being served the summons on the cross-claim pursuant to Rule 4 via UPS

18  personal delivery.  The other defendant has been requested to return the waiver of service and

19  acknowledgment by mail.

20

21       I declare under the penalties of perjury that the foregoing is true and correct, and that

22  I have executed this declaration on December 21, 2007 at Williams, California.

23                                                      /s/ Montie S. Day

24                                                      _____

25                                                      Montie S. Day, Attorney

26

27  _____

28  NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

1

CERTIFICATE OF SERVICE

2

    I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

3

Documents Served:

4

MOTION TO EXTEND TIME AND TO RESET THE CASE MANAGEMENT CONFERENCE  CURRENTLY SET FOR JANUARY 15, 2007 AND

5

SUPPORTING DECLARATION OF MONTIE S. DAY'

6

PROPOSED ORDER

7

8

by serving electronically the following automatically upon filing by ECF procedures

9

**Michael K. Brisbin**
    michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

10

**Adrienne Clare Publicover**
    Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@

11

    WilsonElser.com

12

**Montie S. Day**

13

    Oyad@aol.com

**Daniel J. DeVries**

14

    DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

15

16

and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

17

Corazon Ambe Cabales

18

14323 Merced Street
San Leandro, CA   94579

19

Defendant

20

Mr. Inocencio S. Ambe
907 Paroba Street

21

Santa Maria, Sta. Ana
2022 Pampanga, Philippines

22

Defendant

23

I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on December 22 2007 at Williams, California 95987.

24

/s/ Montie S. Day

25

_____

26

Montie S. Day, Attorney

27

_____

28

NOTICE OF MOTION AND MOTION TO CONTINUE CMC/ and DECLARATION

- 5 -