Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No.  78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:   (510) 569-8558
   Day-Tel:   (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:   (208) 280-3766

    Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | Case No.   C-07-4915 CW |
| vs. | (Proposed) ORDER TO EXTEND TIME AND TO RESET THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JANUARY 15, 2007 |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, | |
| Defendants. | |
| ESTELA D. REED, | (ERRATA) |
| Cross-complainant, | |
| vs. | |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES, | |
| Cross-defendants. | |

_____
ORDER CONTINUING CMC

- 2 -

1
2
3         UPON THE APPLICATION AND MOTION of Estela D. Reed, with the consent of
4   Pacific Life Insurance Company and Vina Cuesta Statua, and for good cause appearing:
5         IT IS HEREBY ORDERED that the Case Management Conference currently set for
6   January 15, 2008 is continued to March 25, 2008 at 2:00 p.m.
7
8         _____
9         Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
ORDER CONTINUING CMC

- 2 -