1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:   (208) 280-3766

8         Attorneys for Estela D. Reed

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | PRINCIPAL LIFE INSURANCE | )
   | COMPANY, | )
13 |  | ) Case No.   C-07-4915 CW
   | Plaintiff, | )
14 |  | )
   | vs. | )
15 |  | ) NOTICE OF MOTION AND
   | VINA CUESTA STATUA, INOCENCIO | ) MOTION FOR COURT ORDER
16 | S. AMBE, CORAZON AMBE | ) DISCHARGING PRINCIPAL
   | CABALES, ESTELA D. REED, and | ) LIFE INSURANCE COMPANY
17 | DOES 1-10, | ) FROM ANY LIABILITY WITH
   |  | ) RESPECT TO THE INSURANCE
18 | Defendants. | ) POLICY AND FUNDS DEPOSITED
   | _____ | ) WITH THIS COURT, AND FOR
19 |  | ) ORDER FOR PAYMENT OF
   | ESTELA D. REED, | ) ATTORNEY FEES AND COSTS TO
20 |  | ) PRINCIPAL LIFE INSURANCE
   | Cross-claimant, | ) COMPANY IN THE AMOUNT OF
21 |  | ) $2,500.00 FROM INTERPLED
   | v. | ) FUNDS
22 |  | )
   | VINA CUESTA STATUA, INOCENCIO | )
23 | S. AMBE, and CORAZON AMBE | )    Date: February 14, 2008
   | CABALES, | )    Time:  2:00 p.m.
24 |  | )    Judge Claudia Wilken
   | Cross-defendants. | )
25 | _____ | )

26

27

28

_____
NOTICE OF MOTION AND MOTION FOR DISCHARGE OF INTERPLEADER/ASSESSMENT OF COSTS

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 14, 2008 at 2:00 p.m.., or as soon thereafter as the matter may be heard before the Honorable Claudia Wilken, in Courtroom 2, United States District Court at Oakland, California, defendant and cross-claimant Estela D. Reed, with the consent of Principal Life Insurance Company and Vina Cuesta Statua, will move this Court for an ORDER that the plaintiff Principal Life Insurance Company be relieved and discharged from this case and from further liability or responsibility arising out of the rights and obligations to any party to this action with respect to the life insurance policy issued to Natividad A. Cuesta (deceased), Policy Number 4346789 issued December 17, 1993, and to the $57,433.54 insurance proceeds deposited with the Court in the instant action, and that the rights and obligations of the named defendants shall thereupon be determined by this action.

This motion is made on the grounds that:

(1) The interpleader plaintiff Principal Life Insurance Company, having issued the life insurance policy to Natividad A. Cuesta, (deceased) and having been presented conflicting claims, did deposit with this Court $57,433.54 and filed the instant complaint for interpleader;

(2) The complaint has been and is being served upon the defendants and the defendants have either answered, have the right to answer, or should be defaulted by failing to file an answer;

(3) The plaintiff is entitled to a discharge from this action and relief from any liability to the defendants, with the Court reserving jurisdiction to a determination of the entitlement of the named defendants to the remaining funds after the payment of the attorney fees to Principal Life Insurance Company in the agreed amount of $2,500.00 (supra.);

(4) The Court should award Principal Life Insurance Company the attorney fees and costs to be paid from the interpled funds in the amount of $2,500.00, pursuant to the

1  agreement among Principal Life Insurance Company, defendant Vina Cuesta Statua and
2  defendant Estela D. Reed.
3      This motion is supported by this notice of motion, the supporting memorandum, the
4  declaration of Montie S. Day, the proposed order, and upon such further evidence as may be
5  submitted at the hearing on the motion.

8  Date:  December 26, 2007　　　　　　　Day Law Offices
9  　　　　　　　　　　　　　　　　　　/s/ Montie S. Day
　　　　　　　　　　　　　　　　　　　By: _____
10 　　　　　　　　　　　　　　　　　　Montie S. Day, Attorney

CERTIFICATE OF SERVICE

I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

Documents Served:

NOTICE OF MOTION AND MOTION FOR COURT ORDER DISCHARGING PRINCIPAL LIFE INSURANCE COMPANY FROM ANY LIABILITY TO THE INSURANCE POLICY AND FUNDS DEPOSITED WITH THIS COURT, AND FOR ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS TO PRINCIPAL LIFE INSURANCE COMPANY IN THE AMOUNT OF $2,500.00 FROM INTERPLED FUNDS

MEMORANDUM IN SUPPORT OF MOTION FOR COURT ORDER DISCHARGING PRINCIPAL LIFE INSURANCE COMPANY FROM ANY LIABILITY TO THE INSURANCE POLICY AND FUNDS DEPOSITED WITH THIS COURT, AND FOR ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS TO PRINCIPAL LIFE INSURANCE COMPANY IN THE AMOUNT OF $2,500.00 FROM INTERPLED FUNDS

REQUEST FOR JUDICIAL NOTICE RE: COURT ORDER DISCHARGING PRINCIPAL LIFE INSURANCE COMPANY FROM ANY LIABILITY TO THE INSURANCE POLICY AND FUNDS DEPOSITED WITH THIS COURT, AND FOR ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS TO PRINCIPAL LIFE INSURANCE COMPANY IN THE AMOUNT OF $2,500.00 FROM INTERPLED FUNDS

DECLARATION OF MONTIE S. DAY IN SUPPORT OF MOTION FOR COURT ORDER DISCHARGING PRINCIPAL LIFE INSURANCE COMPANY FROM ANY LIABILITY TO THE INSURANCE POLICY AND FUNDS DEPOSITED WITH THIS COURT, AND FOR ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS TO PRINCIPAL LIFE INSURANCE COMPANY IN THE AMOUNT OF $2,500.00 FROM INTERPLED FUNDS

(Proposed) ORDER DISCHARGING PRINCIPAL LIFE INSURANCE COMPANY FROM ANY LIABILITY WITH RESPECT TO THE INSURANCE POLICY AND FUNDS DEPOSITED WITH THIS COURT, AND FOR THE PAYMENT OF ATTORNEY FEES AND COSTS TO PRINCIPAL LIFE INSURANCE COMPANY IN THE AMOUNT OF $2,500.00 FROM INTERPLED FUNDS

by serving electronically the following automatically upon filing by ECF procedures

**Michael K. Brisbin**
michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

**Adrienne Clare Publicover**
Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

**Montie S. Day**
Oyad@aol.com

**Daniel J. DeVries**
DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

and by, on December 27, 2007, serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

Corazon Ambe Cabales
14323 Merced Street
San Leandro, CA   94579
Defendant

Mr. Inocencio S. Ambe
907 Paroba Street
Santa Maria, Sta. Ana
2022 Pampanga, Philippines
Defendant

I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on December 27, 2007 at Williams, California 95987

/s/ Montie S. Day

_____
Montie S. Day, Attorney

---

NOTICE OF MOTION AND MOTION FOR DISCHARGE OF INTERPLEADER/ASSESSMENT OF COSTS                - 5 -