1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Space, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:  (208) 280-3766

8      Attorneys for Estela D. Reed

9
                     UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  PRINCIPAL LIFE INSURANCE          )
    COMPANY,                          )
13                                    )  Case No.   C-07-4915 CW
            Plaintiff,                )
14                                    )
    vs.                               )
15                                    )  MEMORANDUM IN SUPPORT OF
    VINA CUESTA STATUA, INOCENCIO     )  MOTION FOR COURT ORDER
16  S. AMBE, CORAZON AMBE             )  DISCHARGING PRINCIPAL
    CABALES, ESTELA D. REED, and      )  LIFE INSURANCE COMPANY
17  DOES 1-10,                        )  FROM ANY LIABILITY WITH
                                      )  RESPECT TO THE INSURANCE
18          Defendants.               )  POLICY AND FUNDS DEPOSITED
    _____   )  WITH THIS COURT, AND FOR
19                                    )  ORDER FOR PAYMENT OF
    ESTELA D. REED,                   )  ATTORNEY FEES AND COSTS TO
20                                    )  PRINCIPAL LIFE INSURANCE
            Cross-claimant,           )  COMPANY IN THE AMOUNT OF
21                                    )  $2,500.00 FROM INTERPLED FUNDS
    v.                                )
22                                    )
    VINA CUESTA STATUA, INOCENCIO     )
23  S. AMBE, and CORAZON AMBE         )      Date: February 14, 20089
    CABALES,                          )        Time: 2:00 p.m.
24                                    )      Judge Claudia Wilken
            Cross-defendants.         )
25  _____   )

26

27

28
    _____
    MEMORANDUM RE:  MOTION FOR DISCHARGE OF INTERPLEADER

The instant interpleader was field by Principal Life Insurance Company ("Principal Life") naming as defendants Vina Cuesta Statua, Estela D. Reed, Inocencio S. Ambe and Corazon Ambe Cabales . Principal Life faced with competing claims for the payments under a life insurance policy issued to Natividad A. Cuesta (deceased), Policy Number 4346789 issued December 17, 1993. Along with filing the interpleader action, posted with the Clerk of the Court the sum of $57,433.54 representing the amount due under the policy.

Defendant Estela Reed ("Reed") claims 100% of the rights to the insurance proceeds based upon a designation of beneficiary dated April 2, 2007.

Defendant Vina Cuesta Statua claims 94% of the rights to the insurance proceeds based upon a designation of beneficiary dated December 20, 2006, which also therein named Inocencio Ambe as 3% beneficiary interest holder and Corazon Cabales as a 3% beneficial interest holder.

Natividad A. Cuesta died on April 8, 2007.

Where controversy has arisen between alleged beneficiaries of life a insurance policy, the insurer is entitled to interplead the money with the Court and obtain a discharge from any liability. *Mutual Life Ins. Co. v Patterson (1936, DC NY) 15 F Supp 759.*

Jurisdiction and Venue

There appears no question that jurisdiction and venue is proper in this action, and that Principal Life has the right to interplead the funds and be discharged from liability. *Title 28, United States Code Sections 1335, 1397 and 2361.* Furthermore, this Court has personal jurisdiction with respect to the named defendants. *Title 28, United States Code 2361.*

The Interpled Funds

Principal Life has posted and deposited with the Clerk of the Court the insurance proceeds in the amount of $57,433.54. (Request for Judicial Notice)

Attorney Fees and Costs

An interpleading plaintiff can be allowed costs, including reasonable attorney fees, out of funds deposited in court. *Massachusetts Mut. Life Ins. Co. v Morris (1932, CA9 Cal)*

1  *61 F2d 104.*

2       Principal Life has agreed that, with the defendants moving for the order of discharge,

3  its claim for attorney fees/costs will be $2,500.00.   This is agreeable to defendants Estela

4  Reed and Vina Cuesta Statua (who, under either designation of beneficiary described above)

5  would represent either 100% of the interest in the proceeds or 94% of the proceeds, as a

6  minimum.   (See Declaration of Montie S. Day)

7       Accordingly, Principal Life, defendant Vina Cuesta Statua and Estela D. Reed, agree

8  to the payment of $2,500.00 of the interpled funds as attorney fees and costs to Principal

9  Life.   Notice of this motion is being served on the minority potential claimants and

10  defendants who, at best, can recover no more than 6% interest.  However, it is noted that

11  under any circumstances, the interest of defendants Estela D. Reed and/or Vina Cuesta Statua

12  is more than the $2,500.00 (representing 94% of the deposited funds at a minimum) such that

13  any minority interest may not be impacted notwithstanding any objection in that the court

14  may eventually assess the payment of $2,500.00 from the interest of Estela D. Reed and/or

15  Vina Cuesta Statua.

16                                    CONCLUSION

17       For the reasons set forth above, it is requested that Principal Life be fully discharged

18  of any liability and/or obligations under the insurance policy or with respect to the interpled

19  funds, and that it be awarded costs and attorney fees in the amount of $2,500.00 to be paid

20  from the interpled funds.

21  Date:  December 26, 2007                    Day Law Offices

22                                               /s/ Montie S. Day
                                                By: _____
23                                               Montie S. Day, Attorney

24

25

26

27

28

_____