Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No. 78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:  (510) 569-8558
   Day-Tel:  (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:  (208) 280-3766

Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>　　　Defendants.<br>_____<br>ESTELA D. REED,<br><br>　　　Cross-claimant,<br><br>v.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES,<br><br>　　　Cross-defendants.<br>_____ | Case No.  C-07-4915 CW<br><br>DECLARATION OF MONTIE S. DAY IN SUPPORT OF MOTION FOR COURT ORDER DISCHARGING PRINCIPAL LIFE INSURANCE COMPANY FROM ANY LIABILITY WITH RESPECT TO THE INSURANCE POLICY AND FUNDS DEPOSITED WITH THIS COURT, AND FOR ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS TO PRINCIPAL LIFE INSURANCE COMPANY IN THE AMOUNT OF $2,500.00 FROM INTERPLED FUNDS<br><br>Date: February 14, 2008<br>Time:  2:00 p.m.<br>Judge Claudia Wilken |

DECL. OF MONTIE S. DAY RE:  MOTION FOR DISCHARGE OF INTERPLEADER

I, Montie S. Day, declare:

1. I am an attorney duly admitted to practice before this Court and in the State of California and, along with Laura R. Spease, Attorney, represent Estela D. Reed, defendant herein. I make this declaration upon personal knowledge, and if called as a witness, can testify as to the following:

2. In connection with this interpleader action, and on behalf of Estela Reed, I contacted counsel for Principal Life Insurance Company, Michael Brisbin, and by negotiations, agreed to an amount for attorney fees and costs which would be claimed by Principal Life Insurance Company, conditioned upon the motion to approve the attorney fees and costs to be paid from the interpled funds, and for an order discharging Principal Life Insurance Company from any further obligation under the insurance policy and with respect to the interpled funds, and discharging them in this litigation. I have attached hereto as Exhibit A a fax I received confirming the agreement.

3. I then contacted Mr. Mark J. Cardinal, Attorney for defendant Vina Cuesta Statua, and now have been advised of his approval of the payment of the attorney fees and costs in the amount of $2,500.00 to Principal Life Insurance Company in connection with this action, such funds to be paid from the interpled funds. A copy of an e-mail confirmation is attached hereto as Exhibit B.

4. Under any possible facts based upon the pleadings, the defendants Estela D. Reed and Vina Cuesta Statua claims in amount would far exceed the $2,500.00, and thus an order could be made without any impact on the remaining interest, if any, of the potential 6% interest of other defendants.

Wherefore, your declarant requests that the order determining the attorney fees and costs for the interpleading plaintiff Principal Life Insurance Company be made, such to be paid from the interpled funds, and that Principal Life Insurance Company be discharged from any liability to defendants and from further participation in this action.

1  I declare under the penalties of perjury that the foregoing is true and correct, and that
2  I have executed this declaration on December 26, 2007.

*[signature]*

Montie S. Day, Attorney

---

DECL. OF MONTIE S. DAY RE: MOTION FOR DISCHARGE OF INTERPLEADER — 3 —

Vina Cuesta Statuta - our file number 3393.686    Page 1 of 1

**From:** Brisbin, Michael K. <Michael.Brisbin@wilsonelser.com>
  **To:** oyad@aol.com
**Subject:** Vina Cuesta Statuta - our file number 3393.686
  **Date:** Tue, 18 Dec 2007 2:41 pm

Hi Monte,

This will confirm our earlier conversation.



Principal Life is willing to reduce its costs to $2500.00 in exchange for defendants Vina Cuesta Statuta and Estela Reed filing a motion to dismiss Principal Life from the case. I will file the default papers against Corazon Ambe Cabales no later than next week since she has not answered.

Also, here is the address for Inocencio S. Ambe:
   907 Paroba Street
   Santa Maria, Sta. Ana
   2022 Pampanga, Philippines

Let me know if you need anything else to serve him.

Thanks. I look forward to hearing from you on the fees in the near future.

Regards,

Mike Brisbin

This communication was not intended or written to be used,
and it cannot be used by any taxpayer, for the purpose of
avoiding tax penalties. (The foregoing legend has been
affixed pursuant to U.S. Treasury Regulations governing tax practice.)

EXHIBIT A

Principal v. Reed/Statua; Reed v. Statua Settlement                                              Page 1 of

From: Marc J. Cardinal <mjc@devrieslawgroup.com>
To: oyad@aol.com
Cc: laura@speaselaw.com
Subject: Principal v. Reed/Statua; Reed v. Statua Settlement
Date: Thu, 20 Dec 2007 4:59 pm

Montie:

This will confirm that I am authorized to stipulate behalf of Vina Cuesta Statua that $2500 of attorneys fees may be paid to Principal with a discharge of the funds.

This will also confirm settlement in this matter between our clients. ~~The settlement is that my client will receive $70,000 from the remainder of the funds after payment to Principal, with the remainder to go to your client. In exchange for the consideration above, both of our clients will execute a mutual release of all claims and your client will dismiss her cross-complaint, with prejudice, against my client.~~

~~If this does not accurately reflect our settlement agreement, please either call or email me immediately. In light of the settlement, Vina will not be filing a responsive pleading to your client's cross-complaint which is due on December 24, 2007.~~

I am in agreement to continuing any upcoming court dates in light of the settlement. Please let me know if you need me to prepare any documents or sign any documents (i.e. notice of settlement) to accomplish this.

I wish to thank both of you for your professionalism in this matter.

Very Truly Yours,

Marc J. Cardinal
De Vries Law Group
(831) 623-4100

EXHIBIT B