1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:  (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:  (208) 280-3766

8        Attorneys for Estela D. Reed

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 PRINCIPAL LIFE INSURANCE           )
   COMPANY,                           )
13                                    ) Case No.  C-07-4915 CW
           Plaintiff,                 )
14                                    )
   vs.                                )
15                                    ) REQUEST FOR JUDICIAL
   VINA CUESTA STATUA, INOCENCIO      ) NOTICE RE: COURT ORDER
16 S. AMBE, CORAZON AMBE              ) DISCHARGING PRINCIPAL
   CABALES, ESTELA D. REED, and       ) LIFE INSURANCE COMPANY
17 DOES 1-10,                         ) FROM ANY LIABILITY WITH
                                      ) RESPECT TO THE INSURANCE
18         Defendants.                ) POLICY AND FUNDS DEPOSITED
                                      ) WITH THIS COURT, AND FOR
19 _____  ) ORDER FOR PAYMENT OF
   ESTELA D. REED,                    ) ATTORNEY FEES AND COSTS TO
20                                    ) PRINCIPAL LIFE INSURANCE
           Cross-claimant,            ) COMPANY IN THE AMOUNT OF
21                                    )  $2,500.00 FROM INTERPLED
   v.                                 )  FUNDS
22                                    )
   VINA CUESTA STATUA, INOCENCIO      )    Date:  February 14, 2008
23 S. AMBE, and CORAZON AMBE          )    Time:    2:00 p.m.
   CABALES,                           )    Judge Claudia Wilken
24                                    )
           Cross-defendants.          )
25 _____  )

26

27

28

_____
REQUEST FOR JUDICIAL NOTICE

Defendant and moving party Estela D. Reed requests this Court take judicial notice of the following documents and facts ascertainable from the Court's files:

1. The complaint in interpleader;
2. The answer to the complaint filed by defendant Vina Cuesta Statua
3. The answer and cross-claim filed by Estela D. Reed
4. The deposit with the Clerk of the Court made by Principal Life Insurance in the amount of $57,433.54 representing the amount due under the policy.

Date:  December 26, 2007        Day Law Offices

/s/ Montie S. Day
By: _____
Montie S. Day, Attorney

_____
REQUEST FOR JUDICIAL NOTICE                                    - 2 -