1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:   (208) 280-3766

8      Attorneys for Estela D. Reed

9
                      UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | PRINCIPAL LIFE INSURANCE         )
   | COMPANY,                         )
13 |                                  ) Case No.   C-07-4915 CW
   |         Plaintiff,               )
14 |                                  )
   | vs.                              )
15 |                                  )
   | VINA CUESTA STATUA, INOCENCIO    )          ORDER
16 | S. AMBE, CORAZON AMBE            ) DISCHARGING PRINCIPAL
   | CABALES, ESTELA D. REED, and     ) LIFE INSURANCE COMPANY
17 | DOES 1-10,                       ) FROM ANY LIABILITY WITH
   |                                  ) RESPECT TO THE INSURANCE
18 |         Defendants.              ) POLICY AND FUNDS DEPOSITED
   | _____  ) WITH THIS COURT, AND FOR
19 |                                  ) ORDER FOR PAYMENT OF
   | ESTELA D. REED,                  ) ATTORNEY FEES AND COSTS TO
20 |                                  ) PRINCIPAL LIFE INSURANCE
   |         Cross-claimant,          ) COMPANY IN THE AMOUNT OF
21 |                                  ) $2,500.00 FROM INTERPLED
   | v.                               ) FUNDS
22 |                                  )
   | VINA CUESTA STATUA, INOCENCIO    )
23 | S. AMBE, and CORAZON AMBE        )
   | CABALES,                         )
24 |                                  )
   |         Cross-defendants.        )
25 | _____  )

26

27

28

_____
(Proposed) ORDER

1

2       Upon the motion of defendant ESTELA D. REED, and with the concurrence of Vina
3 Cuesta Statua, defendant, as well as Principal Life Insurance Company, plaintiff, and FOR
4 GOOD CAUSE APPEARING:

5       IT IS HEREBY ORDERED and adjudged that PRINCIPAL LIFE INSURANCE
6 COMPANY, having deposited with this Court the proceeds of the life insurance policy in this
7 interpleader action, is discharged from any liability or obligations arising from or related to
8 the competing claims for the payments under a life insurance policy issued to Natividad A.
9 Cuesta (deceased), Policy Number 4346789 issued December 17, 1993, along with the funds
10 posted with the Clerk of the Court, the sum of $57,433.54 representing the amount due under
11 the policy;

12       IT IS FURTHER ORDERED and adjudged that PRINCIPAL LIFE INSURANCE
13 COMPANY is discharged from any obligations to participate further in the instant action;

14       IT IS FURTHER ORDERED that the defendants named herein are enjoined from
15 instituting any claims or actions against PRINCIPAL LIFE INSURANCE COMPANY
16 relating to the life insurance policy issued to Natividad A. Cuesta (deceased), Policy Number
17 4346789 issued December 17, 1993, and are ordered to present to this Court through their
18 pleadings any claims they may have to the interpled funds; AND

19       IT IS FURTHER ORDERED THAT the Clerk of the Court shall cause to be paid to
20 Principal Life Insurance Company the sum of $2,500.00 from the interpled funds on deposit
21 with this Court as and for attorney fees and costs.

22

23 Date:

24

25                                                                                                                                        _____
26                                                                                                                                               Judge

27

28

_____
(Proposed) ORDER                                                                                                                                                       - 2 -