1  Montie S. Day, Attorney  (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No. 78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
        Spease-Tel:  (510) 569-8558
4       Day-Tel:  (208) 280-3766

5  Montie S. Day, Attorney  (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7       Tel:  (208) 280-3766

8       Attorneys for Estela D. Reed

9
                UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 PRINCIPAL LIFE INSURANCE            )
   COMPANY,                            )
13                                     ) Case No.  C-07-4915 CW
        Plaintiff,                     )
14                                     )
   vs.                                 )
15                                     )
   VINA CUESTA STATUA, INOCENCIO       )
16 S. AMBE, CORAZON AMBE               )
   CABALES, ESTELA D. REED, and        )
17 DOES 1-10,                          )
                                       ) PROOF OF SERVICE OF
18      Defendants.                    ) SUMMONS ON CROSS-CLAIM
   _____ ) AND THE ANSWER AND CROSS-
19                                     ) CLAIM ON INOCENCIO S.
   ESTELA D. REED,                     ) AMBE PURSUANT TO
20                                     ) RULE 4
        Cross-claimant,                )
21 vs.                                 )
                                       )
22 VINA CUESTA STATUA, INOCENCIO       )
   S. AMBE, and CORAZON AMBE           )
23 CABALES,                            )
                                       )
24      Cross-defendants.              )
   _____ )
25

26

27

28
   _____
   PROOF OF SERVICE ON INOCENCIO S. AMBE

## CERTIFICATE OF SERVICE

I, Montie S. Day, am a citizen of the United States, am over the age of 18 and not a party to this action. I reside in the State of Idaho, and maintain by law offices in Shoshone, Idaho and in Williams, California. I make this declaration upon personal knowledge, and if called as a witness, am competent to testify as the matters stated herein. I state:

1. On December 20, 2007, pursuant to Federal Rules of Civil Procedures, Rule 4(f)(2), I caused the:

   Summons on Cross-Claim

   Estela D. Reed's Answer to Complaint and Cross-Claim of Estela D. Reed

to be expressed to INCENCIO S. REED, defendant and cross-claim defendant, by depositing such duly address for delivery by United Parcel Service Worldwide Express in William, California 95987, bearing UPS Tracking Number J167 274 194 8. A copy of such shipping document bearing the Tracking Number is attached hereto as **Exhibit** A.

2. I diligently tracked the shipment of the above via UPS Tracking, and the above documents wre delivered as addressed on December 27, 2007 and posted on the UPS Tracking Service on December 28, 2007. A copy of the UPS Track Shipment Confirmation of Delivery is attached hereto as **Exhibit** B.

Date:   December 28, 2007

DAY LAW OFFICES

/s/    Montie S. Day

BY: *Montie S. Day*

Montie S. Day, Attorney

**UPS Next Day Air**
**UPS Worldwide Express**
Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

TRACKING NUMBER → J167 274 194 B  *(Tracking Number)*

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.: 1Y16W7
REFERENCE NUMBER: REED. AMBE
NAME: MONTIE S. DAY    TELEPHONE: 208-280-3766
COMPANY: DAY LAW OFFICES
STREET ADDRESS: 2314 EAST CAMP ROAD
CITY AND STATE: WILLIAMS    CA    ZIP CODE: 95987

**2 EXTREMELY URGENT DELIVERY TO**

NAME: INOCENCIO S. AMBE
COMPANY: 907 PAROBA STREET
STREET ADDRESS: SANTA MARIA STA. ANA
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): 2022 PAMPANGA PHILIPPINES

**3 WEIGHT** — ENTER "LTR" IF LETTER
**4 TYPE OF SERVICE**: ☐ NEXT DAY AIR   ☒ EXPRESS (INT'L)
   ☐ DOCUMENTS ONLY
**5** ☐ SATURDAY PICKUP   ☐ SATURDAY DELIVERY
**OPTIONAL SERVICES**: INSURED VALUE / C.O.D.
**6 ADDITIONAL HANDLING CHARGE**
**TOTAL CHARGES**
**7 METHOD OF PAYMENT**: ☒ BILL SHIPPER   ☐ BILL RECEIVER   ☐ BILL THIRD PARTY   ☐ CREDIT CARD   ☐ CHECK

**SHIPPER'S COPY 1**

**9 SHIPPER'S SIGNATURE**: X Montie S. Day
MONTIE S. DAY    DATE OF SHIPMENT: 12/20/07

EXHIBIT A





Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS United States

**Shipping | Tracking | Freight | Locations | Support | Business Solutions**

### Tracking

Track Shipments
  Track by Reference
  Signature Tracking
  Track by E-mail
  Import Tracking Numbers
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

Log-In  User ID: [ ]   Password: [ ] Su | Forgot Password     Register

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

Tracking Summary                                  Printer Friendly | Help

| Tracking Number: | J167 2741 948  → TRACKING NO |
| --- | --- |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered**  → DELIVERY CONFIRMATION |
| Delivered On: | 12/27/2007 10:36 A.M. |
| Delivered To: | PH |
| Signed By: | NATIVIDAD LULU |
| Service: | UPS SAVER |

Tracking results provided by UPS:  12/28/2007 4:30 P.M.  ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.



Find Answers to Your Tracking Questions

→ Go to Tracking FAQ

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide |
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

Service of Filing of Certificate of Service

I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

Documents Served:

PROOF OF SERVICE OF SUMMONS ON CROSS-CLAIM AND THE ANSWER AND CROSS-CLAIM ON INOCENCIO S. AMBE PURSUANT TO RULE 4

by serving electronically the following automatically upon filing by ECF procedures

**Michael K. Brisbin**
  michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

**Adrienne Clare Publicover**
  Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

**Montie S. Day**
  Oyad@aol.com

**Daniel J. DeVries**
  DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

Corazon Ambe Cabales
14323 Merced Street
San Leandro, CA  94579
Defendant

Mr. Inocencio S. Ambe
907 Paroba Street
Santa Maria, Sta. Ana
2022 Pampanga, Philippines
Defeendant

I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on December 28, 2007 at Williams, California 95987

/s/ Montie S. Day

*Montie S. Day*
Montie S. Day, Attorney