1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:   (208) 280-3766

8          Attorneys for Estela D. Reed

9
                 UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 PRINCIPAL LIFE INSURANCE                )
   COMPANY,                                )
13                                         ) Case No.   C-07-4915 CW
           Plaintiff,                      )
14                                         )      (Proposed)
   vs.                                     ) ORDER TO EXTEND TIME
15                                         ) AND TO RESET THE CASE
   VINA CUESTA STATUA, INOCENCIO           ) MANAGEMENT CONFERENCE
16 S. AMBE, CORAZON AMBE                   ) CURRENTLY SET FOR
   CABALES, ESTELA D. REED, and            ) JANUARY 15, 2007
17 DOES 1-10,                              )
                                           )
18         Defendants.                     )
   _____)
19                                         )
   ESTELA D. REED,                         )
20                                         )
           Cross-complainant,              )
21 vs.                                     )
                                           )
22 VINA CUESTA STATUA, INOCENCIO           )
   S. AMBE, and CORAZON AMBE               )
23 CABALES,                                )
                                           )
24         Cross-defendants.               )
   _____)
25

26

27

28 _____
   ORDER CONTINUING CMC

1
2
3   UPON THE APPLICATION AND MOTION of Estella D. Reed, with the consent of Pacific Life Insurance Company and Vina Cuesta Statua, and for good cause appearing:
4
5   IT IS HEREBY ORDERED that the Case Management Conference currently set for January 15, 2007 is continued to March 25, 2007 at 2:00 p.m.
6
7   *[signature]*
8   _____
    Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
ORDER CONTINUING CMC

- 2 -