IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRINCIPAL LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

VINA CUESTA STATUA, et al.,

    Defendants.
_____/

No. C 07-04915 CW

CLERK'S NOTICE CONTINUING MOTION HEARING

    Notice is hereby given that Defendant Estela D. Reed's Motion for Court Order Discharging Principal life Insurance Company from Any Liability with Respect to the Insurance Policy and Funds Deposited with This Court and for Payment of Attorney Fees and Costs to Principal Life Insurance Company in the Amount of $2,500 from Interpled Funds, previously set for hearing on February 14, 2008, is continued to **February 21, 2008, at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

    The previous briefing schedule remains in effect.

Dated: 1/11/08

                                              *Sheilah Cahill*

                                        SHEILAH CAHILL
                                        Deputy Clerk