**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  510.637.3530

January 15, 2008

RE: CV 07-04915 CW    Principal Life Insurance Company-v- Statua

Default is declined as to Corazon Ambe Cabales on 1/15/08.


       RICHARD W. WIEKING, Clerk


       by: Clara Pierce
       Case Systems Administrator