| Attorney or Party without Attorney:<br>WILSON, ELSER, MOSKOWITZ, EDLEMAN, ET AL, Bar #169495<br>525 MARKET STREET<br>17TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-433-0990    FAX No: 415-434-1370 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |
| Plaintiff: PRINCIPAL LIFE INSURANCE COMPANY |
| Defendant: VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ET |

| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04915 (CW) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Plaintiff Principal Life Insurance Company's Complaint In Interpleader For Declaratory Relief; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons (2 Copies & Self Addressed Stamped Envelope); Plaintiff Principal Life Insurance Company's Notice Of Deposit Of Interpleader Funds; Clerk's Office Receipt Of Interpleader Check For The Amount Of $57,433.54 And Receipt For The Filing Fee For The Amount Of $350.00; Plaintiff Principal Life Insurance Company's Notice Of Interested Parties; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Notice Of Rule Discontinuing Service By Mail; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Case Management Conference Order; U.S. District Court Guidelines; Ecf Registration Information Handout; Proof Of Service (Document 6-Filed 10/4/07); Declination To Proceed Before A Magistrate Judge And Request For Request For Reassignment To A United States District Judge; Case Management Scheduling Order For Reassigned Civil Case

3. a. Party served:          CORAZON AMBE CABALES
   b. Person served:         JOJO GEROBLES, CO-OCCUPANT
                             SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   462 37TH STREET
                                         OAKLAND, CA 94609

5. I served the party:
   b. **by substituted service.** On: Sun., Jan. 20, 2008 at: 12:30PM by leaving the copies with or in the presence of:
                             JOJO GEROBLES, CO-OCCUPANT
                             SERVED UNDER F.R.C.P. RULE 4.
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAWRENCE HICKS                    d. *The Fee for Service was:*
   b. **FIRST LEGAL INVESTIGATIONS**    e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE WEST              (i) Owner
      SANTA ANA, CA 92702                      (ii) Registration No.:   956
   c. (714) 550-1375                           (iii) County:            ALAMEDA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jan. 25, 2008

   Judicial Council Form            PROOF OF SERVICE         *(signature)* (LAWRENCE HICKS)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS                                      315798.micbr.109686

**PROOF OF SERVICE**

I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**PROOF OF SERVICE SUMMONS**

on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**:    **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___:    **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___:    **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

Corazon Ambe Cabales  
462 37th Street  
Oakland, CA 94609  
***Defendant***

Inocencio S. Ambe  
907 Paroba Street  
Santa Maria, Sta. Ana  
2022 Pampanga, Philippines  
***Defendant***

**XX**:    Per order of the Court I caused service to be accomplished on all parties through **CM/ECF File and Serve** for the Northern District of California:

**Marc Joseph Cardinal**          mjc@devrieslawgroup.com

**Montie S. Day**                 Oyad@aol.com

**Daniel J. De Vries**            DJDV@DeVriesLawGroup.com, cbj@devrieslawgroup.com, jma@devrieslawgroup.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **January 28, 2008**, at San Francisco, California.

Joya Yeung

- 1 -

PROOF OF SERVICE  
USDC NDCA CASE NO.: C07-04915 (CW)  
304791.1