| Attorney or Party without Attorney: WILSON, ELSER, MOSKOWITZ, EDLEMAN, ET AL, Bar #169495<br>525 MARKET STREET<br>17TH FLOOR<br>SAN FRANCISCO, CA 94105 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 415-433-0990    FAX: No: 415-434-1370 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: PRINCIPAL LIFE INSURANCE COMPANY<br>Defendant: VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ET | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04915 (CW) |

1. I, LAWRENCE HICKS, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CORAZON AMBE CABABLES as follows:

2. *Documents:* Summons In A Civil Case; Plaintiff Principal Life Insurance Company's Complaint In Interpleader For Declaratory Relief; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons (2 Copies & Self Addressed Stamped Envelope); Plaintiff Principal Life Insurance Company's Notice Of Deposit Of Interpleader Funds; Clerk's Office Receipt Of Interpleader Check For The Amount Of $57,433.54 And Receipt For The Filing Fee For The Amount Of $350.00; Plaintiff Principal Life Insurance Company's Notice Of Interested Parties; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Notice Of Rule Discontinuing Service By Mail; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Case Management Conference Order; U.S. District Court Guidelines; Ecf Registration Information Handout; Proof Of Service (Document 6-Filed 10/4/07); Declination To Proceed Before A Magistrate Judge And Request For Request For Reassignment To A United States District Judge; Case Management Scheduling Order For Reassigned Civil Case.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 01/18/08 | 7:47pm | Home | NO ANSWER AT DOOR. Attempt made by: LAWRENCE HICKS. Attempt at: 462 37TH STREET OAKLAND CA 94609. |
| Sat | 01/19/08 | 11:33am | Home | NO ANSWER AT DOOR. Attempt made by: LAWRENCE HICKS. Attempt at: 462 37TH STREET OAKLAND CA 94609. |
| Sun | 01/20/08 | 12:30pm | Home | Substituted Service on: CORAZON AMBE CABABLES Home - 462 37TH STREET OAKLAND, CA. 94609 by Serving: JOJO GEROBLES, CO-OCCUPANT SERVED UNDER F.R.C.P. RULE 4. Competent Member of the Household over 18. Served by: LAWRENCE HICKS |
| Tue | 01/22/08 | | | Mailed copy of Documents to: CORAZON AMBE CABABLES |

3. *Person Executing*
   a. LAWRENCE HICKS
   b. FIRST LEGAL INVESTIGATIONS
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:*
   e. *I am:* (3) registered California process server
      (i) Employee
      (ii) Registration No.: 956
      (iii) County: ALAMEDA

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Jan. 25, 2008    AFFIDAVIT OF REASONABLE DILIGENCE    (LAWRENCE HICKS)

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

## AFFIDAVIT OF REASONABLE DILIGENCE

on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

Corazon Ambe Cabales
462 37th Street
Oakland, CA 94609
***Defendant***

Inocencio S. Ambe
907 Paroba Street
Santa Maria, Sta. Ana
2022 Pampanga, Philippines
***Defendant***

**XX**:  Per order of the Court I caused service to be accomplished on all parties through **CM/ECF File and Serve** for the Northern District of California:

**Marc Joseph Cardinal**     mjc@devrieslawgroup.com

**Montie S. Day**     Oyad@aol.com

**Daniel J. De Vries**     DJDV@DeVriesLawGroup.com, cbj@devrieslawgroup.com, jma@devrieslawgroup.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **January 28, 2008**, at San Francisco, California.

Joya Yeung

- 1 -

PROOF OF SERVICE
USDC NDCA CASE NO.: C07-04915 (CW)
304791.1