IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>VINA CUESTA STATUA, et al.,<br><br>    Defendants. | No. C 07-04915 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Estela D. Reed's Motion for Court Order Discharging Principal life Insurance Company from Any Liability with Respect to the Insurance Policy and Funds Deposited with this Court and for Payment of Attorney Fees and Costs to Principal Life Insurance Company in the Amount of $2,500 from Interpled Funds under submission on the papers.  The hearing scheduled for February 21, 2008, is vacated, and if the Court decides a hearing is necessary, a hearing will be set at a later date.  **The previously briefing schedule remains in effect.**

Dated:  February 6, 2008

                                             *Sheilah Cahill*
                                             SHEILAH CAHILL
                                             Deputy Clerk