**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking             General Court Number
Clerk             510.637.3530

March 3, 2008

RE: <u>CV 07-04915 CW</u>     <u>Principal Life Insurance Company-v- Statua</u>

Default is entered as to Corazon Ambe Cabales on March 3, 2008.

            RICHARD W. WIEKING, Clerk

            by <u>Clara Pierce</u>
            Case Systems Administrator

NDC TR-4  Rev. 3/89