# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Principal Life Insurance Company,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>Statua,<br><br>                    Defendant(s). | 07-04915 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 5, 2008

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04915 CW                                           -2-

PROOF OF SERVICE

Case Name:      Principal Life Insurance Company v. Statua

Case Number:    07-04915 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Adrienne Clare Publicover
> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> 525 Market Street
> 17th Floor
> San Francisco, CA 94105-2722
> Adrienne.Publicover@WilsonElser.com
>
> Michael K. Brisbin
> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> 525 Market Street
> 17th Floor
> San Francisco, CA 94105
> michael.brisbin@wilsonelser.com
>
> Daniel J. DeVries
> DeVries Law Group
> 53 Muckelemi St.
> Post Office 996
> San Juan Bautista, CA 95045
> DJDV@DeVriesLawGroup.com

Marc Joseph Cardinal
De Vries Law Group
53 Muckelemi Street
P.O. Box 996
San Juan Bautista, CA 95045
mjc@devrieslawgroup.com

Inocencio S. Ambe
,

Corazon Ambe Cabales
,

Montie S. Day
Day Law Offices
P.O. Box 1045
Shoshone, ID 83352
Oyad@aol.com

Laura Dodgion Spease
Law Ofc Laura R Spease
7700 Edgewater Dr #147
Oakland, CA 94621


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5, 2008 in San Francisco, California.

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:     Timothy J. Smagacz

                                        */s/ Timothy Smagacz*
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov