Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No.  78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:   (510) 569-8558
   Day-Tel:   (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:   (208) 280-3766

    Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>    Defendants.<br>_____<br>ESTELA D. REED,<br><br>    Cross-claimant,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES,<br><br>    Cross-defendants.<br>_____ | Case No.   C-07-4915 CW<br><br>REQUEST FOR ENTRY OF DEFAULT OF CORAZON AMBE CABALES ON CROSS-CLAIM |

REQUEST FOR ENTRY OF DEFAULT BY CLERK

    The Proof of Service having been filed with respect to the service of the summons on the Cross-Claim and the Answer and Cross-Claim, and the cross-defendant having failed to

_____
REQUEST FOR ENTRY OF DEFAULT-CORAZON AMBE CABALES

1  answer or otherwise respond within the time permitted by law,

2      IT IS REQUESTED that the default of Corazon Ambe COabales be entered on the

3  Cross-Claim filed by Estella Reed.

4

5  Date: March 10, 2008                  DAY LAW OFFICES

6                                        /s/ Montie S. Day

7                                    BY:_____

8                                    Montie S. Day, Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
REQUEST FOR ENTRY OF DEFAULT-CORAZON AMBE CABALES    - 2 -

# CERTIFICATE OF SERVICE

I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

Documents Served:
   REQUEST FOR ENTRY OF DEFAULT OF CORAZON AMBE CABALES ON CROSS-CLIAM

by serving electronically the following automatically upon filing by ECF procedures

**Michael K. Brisbin**
michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

**Adrienne Clare Publicover**
Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

**Montie S. Day**
Oyad@aol.com

**Daniel J. DeVries**
DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

| | |
|---|---|
| Corazon Ambe Cabales | Mr. Inocencio S. Ambe |
| 462 37TH Street | 907 Paroba Street |
| Oakland, California 94609 | Santa Maria, Sta. Ana |
| Defendant | 2022 Pampanga, Philippines |
| | Defendant |

I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on March 10, 2008 at Williams, California 95987

/s/ Montie S. Day

_____
Montie S. Day, Attorney

---
REQUEST FOR ENTRY OF DEFAULT-CORAZON AMBE CABALES

- 3 -