Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No.  78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:   (510) 569-8558
   Day-Tel:   (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:   (208) 280-3766

     Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>    Defendants.<br>_____<br>ESTELA D. REED,<br><br>    Cross-claimant,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES,<br><br>    Cross-defendants.<br>_____ | Case No.   C-07-4915 CW<br><br><br><br><br><br>MOTION FOR THE COURT ENTRY OF DEFAULT OF INOCENCIO S. AMBER ON CROSS-CLAIM OF ESTELA D. REED AS TO CROSS-DEFENDANT INOCENCIO S. AMBE |

    Comes now ESTELA D. REED and moves this Court for an order finding service of process on **INOCENCIO S. AMBE** sufficient and for entry of the default of **INOCENCIO**

_____
MOTION FOR ENTRY OF DEFAULT AGAINST
INOCENCIO S. AMBE

1  **S. AMBE.**

2      This motion is made on the grounds that INOCENCIO S. AMBE, a resident of the
3  Philippines, was served the summons and complaint on the cross-claim filed herein pursuant
4  to Federal Rules of Civil Procedures Rule 4(f) and such service is legally sufficient in that
5  the Philippines is not a signatory of the ("Hague Convention") and the service is reasonably
6  calculated to provide notice to the defendant of the pending action and to provide the
7  opportunity to respond to the instant action, and that the defendant INOCENCIO S. AMBE
8  has failed to file an answer or otherwise appear in the action.

9      This motion is supported by the Declaration of Montie S. Day filed herewith, the
10 Memorandum of Points and Authority filed herewith, the Request for Judicial Notice and the
11 records and files in the instant action.

12

13 Date:   March 10, 2008                           DAY LAW OFFICES
14                                                       /s/ Montie S. Day
15                                                 BY:_____
16                                                 Montie S. Day, Attorney

17
18
19
20
21
22
23
24
25
26
27
28

_____

# CERTIFICATE OF SERVICE

I, Montie S. Day, state that the following described documents were served on the below listed parties and/or attorney in the manner set forth below:

Documents Served:

  MOTION FOR THE COURT ENTRY OF DEFAULT ON CROSS-CLAIM OF ESTELA REED AS TO CROSS-DEFENDANT INOCENCIO S. AMBE

  MEMORANDUM IN SUPPORT OF ENTRY OF DEFAULT OF INOCENCIO S. AMBE ON CROSS-CLAIM OF ESTELA D. REED

  DECLARATION OF MONTIE S. DAY IN SUPPORT OF MOTION FOR COURT ENTRY OF ORDER AGAINST INOCENCIO S. AMBE

  (Proposed) ORDER ENTERING DEFAULT AGAINST INOCENCIO S. AMBE ON CROSS-CLAIM OF ESTELLA D. REED

by serving electronically the following automatically upon filing by ECF procedures

**Michael K. Brisbin**
  michael.brisbin@wilsonelser.com,joya.yeung@wilsonelser.com

**Adrienne Clare Publicover**
  Adrienne.Publicover@WilsonElser.com,Nancy.Li@WilsonElser.com,Charan.Higbee@WilsonElser.com

**Montie S. Day**
  Oyad@aol.com

**Daniel J. DeVries**
  DJDV@DeVriesLawGroup.com,jma@devrieslawgroup.com,cbj@devrieslawgroup.com

and by serving the following parties who may have an interest in the pending motion by mailing such notice addressed as follows (if not served electronically as above):

| | |
|---|---|
| Corazon Ambe Cabales | Mr. Inocencio S. Ambe |
| 462 37TH Street | 907 Paroba Street |
| Oakland, California 94609 | Santa Maria, Sta. Ana |
| Defendant | 2022 Pampanga, Philippines |
| | Defendant |

  I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this certificate on March 10, 2008 at Williams, California 95987

/s/ Montie S. Day

_____

Montie S. Day, Attorney