```
 1  Montie S. Day, Attorney   (Cal Bar No. 73327)
    Laura R. Spease, Attorney (Cal Bar No. 78273)
 2  LAW OFFICES OF LAURA R. SPEASE
    7700 Edgewater Drive, Suite 147
 3  Oakland, California 94621
         Spease-Tel:   (510) 569-8558
 4       Day-Tel:   (208) 280-3766

 5  Montie S. Day, Attorney   (Cal Bar No. 73327)
    DAY LAW OFFICES
 6  P. O. Box 1045
    Shoshone, Idaho 83352
 7       Tel:   (208) 280-3766

 8          Attorneys for Estela D. Reed
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | )<br>) |
| Plaintiff, | ) Case No.   C-07-4915 CW<br>) |
| vs. | )<br>) |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, | )<br>) DECLARATION OF MONTIE<br>) S. DAY IN SUPPORT OF<br>) MOTION FOR THE COURT<br>) ENTRY OF DEFAULT OF |
| Defendants. | ) INOCENCIO S. AMBE ON<br>) CROSS-CLAIM OF ESTELA |
| _____ | ) D. REED |
| ESTELA D. REED, | )<br>) |
| Cross-claimant, | )<br>) |
| vs. | )<br>) |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES, | )<br>)<br>) |
| Cross-defendants. | ) |
| _____ | ) |

I, Montie S. Day, declare:

1. I am an attorney duly admitted to practice law in the State of California and before

_____
DECL RE: SERVICE OF PROCESS

1  this Court. I make this declaration upon personal knowledge, am competent to testify, and
2  if called as a witness, will testify as to the matters set forth herein.
3       2.  In the instant action filed by Principal Life Insurance Company, one of the
4  defendants was Inocencio S. Ambe, identified as a resident of the Philippines. Mr. Inocencio
5  S. Ambe's residence address was 907 Paroba Street, Santa Maria Sta. Ana, 2022 Pamanga,
6  Philippines.
7       3.  In connection with the instant matter, I caused to be filed on behalf of Estella
8  D. Reed a cross-claim naming those persons who may have an interest in the proceeds for
9  the insurance policy as described in the complaint, and specifically named as cross-defendant
10 Inocencio S. Ambe as a Cross-defendant.  (See Answer and Cross-Claim of Estella Reed,
11 Request for Judicial Notice)
12      4.  On December 20, 2007, pursuant to *Federal Rules of Civil Procedures, Rule*
13 *4(f)(2)*, I caused the Summons on Cross-Claim and Estela D. Reed's Answer to Complaint
14 and Cross-Claim of Estela D. Reed to be expressed to INOCENCIO S. AMBE, defendant
15 and cross-claim defendant, by depositing, in Williams, California 95987, such duly addressed
16 for delivery by **United Parcel Service Worldwide Express**, bearing **UPS Tracking**
17 **Number J167 274 194 8**. A copy of such shipping document bearing the Tracking Number
18 is attached hereto as **Exhibit** A.
19      5.  I diligently tracked the shipment of the above via UPS Tracking, and the above
20 **documents were delivered as addressed on December 27, 2007** and posted on the UPS
21 Tracking Service on **December 28, 2007.**  A copy of the UPS Track Shipment Confirmation
22 of Delivery is attached hereto as **Exhibit** B.  The UPS Tracking Shipment Confirmation of
23 Delivery shows that the package was delivered on December 27, 2007 at **10:36 a.m.** and
24 singed for by Natividad Lulu.
25      6. Prior to service by UPS delivery, I researched the service and determined that the
26 Philippines is NOT a signatory to the "Convention on the Service of Judicial and
27 Extrajudicial Documents in Civil or Commercial Matters", better known as the "Hague
28

_____
DECL RE: SERVICE OF PROCESS                                              - 2 -

1 Convention".  Accordingly, Rule 4(f)(2) provides for effective service not within the judicial
2 district of the United States, if there is no internationally agreed means of service (Hague
3 Convention), provided that service is reasonably calculated to give notice (2)(c) unless
4 prohibited by the laws of the foreign county, by delivery to the individual personally of a
5 copy of the summons or complaint", or "(3) by any means not prohibited by international
6 agreement as may be directed by the Court."

*Rule 4(l)* provides that Proof of Service under Rule 4 (f)(2) or (3) "**include evidence of delivery to the addressee satisfactory to the Court.**"

Wherefore, your declarant requests the Court approve the manner of service as giving reasonable notice and showing reasonable proof of delivery such as to enter the default of the Cross-Defendant INOCENCIO S. AMBE.

I declare under the penalties of perjury the forgoing is true and correct, and that I have executed this declaration on March 10, 2008 at Williams, California.

/s/ Montie S. Day

_____

Montie S. Day, Attorney

DECL RE: SERVICE OF PROCESS

- 3 -