EXHIBIT A TO DECL. OF DAY-UPS TRACKING
INFORMATION AND PROOF OF DELIVERY

EXHIBIT A

TRACKING NUMBER →

**UPS Next Day Air / UPS Worldwide Express — Shipping Document**

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

TRACKING NUMBER: J167 274 194 B

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.: 1Y16W7

REFERENCE NUMBER: REED · AMBE

NAME: MONTIE S. DAY    TELEPHONE: 208-280-3766

COMPANY: DAY LAW OFFICES

STREET ADDRESS: 2314 EAST CAMP ROAD

CITY AND STATE: WILLIAMS CA    ZIP CODE: 95987

**2 EXTREMELY URGENT DELIVERY TO**

NAME: INOCENCIO S. AMBE

COMPANY: 907 PAROBA STREET

STREET ADDRESS: SANTA MARIA STA. ANA

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): 2022 PAMPANGA PHILIPPINES

**3 WEIGHT** / **DIMENSIONAL WEIGHT**

**4 TYPE OF SERVICE**: [X] EXPRESS (INT'L)

**5** (Saturday pickup / delivery — unchecked)

**6 OPTIONAL SERVICES** (unchecked)

**7 METHOD OF PAYMENT**: [X] BILL SHIPPER

**9 SHIPPER'S SIGNATURE**: X Montie S. Day

MONTIE S. DAY    DATE OF SHIPMENT: 12/20/07

SHIPPER'S COPY 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com

Search

**UPS United States**

Shipping | **Tracking** | Freight | Locations | Support | Business Solutions

Log-In User ID: ____  Password: ____ Su | Forgot Password    Register

**Tracking**

Track Shipments
 Track by Reference
 Signature Tracking
 Track by E-mail
 Import Tracking Numbers
 Wireless Tracking
 Track with Quantum View
 Access Flex Global View
 Integrate Tracking Tools
 Void a Shipment
 Help

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**    Printer Friendly | Help

| | |
|---|---|
| **Tracking Number:** | J167 2741 948    → TRACKING NO |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered**    → DELIVERY CONFIRMATION |
| Delivered On: | 12/27/2007 10:36 A.M. |
| Delivered To: | PH |
| Signed By: | NATIVIDAD LULU |
| Service: | UPS SAVER |

Tracking results provided by UPS: 12/28/2007 4:30 P.M. ET

Printer Friendly



Track UPS packages from your mobile device
Learn more about UPS Wireless

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

EXHIBIT B