1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:  (208) 280-3766

8        Attorneys for Estela D. Reed

9

10                  UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  PRINCIPAL LIFE INSURANCE           )
    COMPANY,                           )
13                                     )  Case No.   C-07-4915 CW
            Plaintiff,                 )
14                                     )
    vs.                                )       (Proposed)
15                                     )
    VINA CUESTA STATUA, INOCENCIO      )
16  S. AMBE, CORAZON AMBE              )  ORDER ENTERING DEFAULT
    CABALES, ESTELA D. REED, and       )  AGAINST INOCENCIO S. AMBE
17  DOES 1-10,                         )  ON CROSS-COMPLAINT
                                       )  OF ESTELA D. REED
18          Defendants.                )
    _____    )
19                                     )
    ESTELA D. REED,                    )
20                                     )
            Cross-claimant,            )
21  vs.                                )
                                       )
22  VINA CUESTA STATUA, INOCENCIO      )
    S. AMBE, and CORAZON AMBE          )
23  CABALES,                           )
                                       )
24          Cross-defendants.          )
    _____    )
25

26        UPON THE MOTION of cross-claimant ESTELA D. REED for the entry of the

27  default against INOCENCIO S. AMBE, and for good cause appearing, this Court finds that

28

    _____
    (Proposed) ORDER

1    INOCENCIO S. AMBE was served both the summons on the complaint and the complaint

2    as well as the summons on the cross-claim and the cross-claim filed by Estela D. Reed, the

3    first by Federal Express and the second by United Parcel Service, both of which were

4    delivered and both of which were signed for upon deliver, and accordingly, this Court finds

5    the service of process upon INOCENCIO S. AMBE sufficient as a matter of law; and

6        THEREFORE, IT IS HEREBY ORDERED that the default of INOCENCIO S.

7    AMBE shall be and is hereby entered as against INOCENCIO S. AMBE as to the Cross-

8    Claim filed by Estela D. Reed, the cross-defendant having failed to answer within the time

9    permitted by law.

10

11   Date:                    _____

12                            Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
(Proposed) ORDER