1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:   (208) 280-3766

8        Attorneys for Estela D. Reed

9
                 UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  PRINCIPAL LIFE INSURANCE          )
    COMPANY,                          )
13                                    ) Case No.   C-07-4915 CW
         Plaintiff,                   )
14                                    )
    vs.                               )
15                                    ) JOINT CASE MANAGEMENT
    VINA CUESTA STATUA, INOCENCIO     ) CONFERENCE STATEMENT
16  S. AMBE, CORAZON AMBE             ) FILED ON BEHALF OF
    CABALES, ESTELA D. REED, and      ) ESTELA D. REED and
17  DOES 1-10,                        ) VINA CUESTA STATUS
                                      )
18           Defendants.              )
    _____ ) Date: March 25,2008
19                                    )
    ESTELA D. REED,                   ) Time: 2:00 p.m.
20                                    )
         Cross-claimant,              )
21  vs.                               )
                                      )
22  VINA CUESTA STATUA, INOCENCIO     )
    S. AMBE, and CORAZON AMBE         )
23  CABALES,                          )
                                      )
24           Cross-defendants.        )
    _____ )
25

26

27

28

    _____

    JOINT CASE MANAGEMENT STATEMENT

1

2                                 **INTRODUCTION**

3         This action is essential resolved, subject to the Court's ruling on the pending motion

4    discharging the plaintiff Principal Life Insurance Company of liability with respect to the

5    interpled funds and competing claims (motion pending and under submission), and the entry

6    of a court default for  Inocencio S. Ambe, who essentially is named in this action and has

7    been served in the Philippines but has not appeared in this action.   Estela D. Reed has filed

8    a motion requesting the entry of default by the Court as to Mr. Ambe on the cross-claim.

9         As between ESTELA D. REED, the named beneficiary under the insurance policy

10   which was the source of the interplead funds, and VINA CUESTA STATUA,  who also

11   makes a claim, this matter is resolved once the Court rules upon the pending motions and the

12   default of Mr. Ambe has been entered.  A default has been entered against the remaining

13   defendant Corazon Ambe Cabales.

14

15                           **PENDING MOTIONS/REQUEST**

16        1.   A motion for discharge of Principal Life Insurance Company, with the allowance

17   of $2,500.00 as and for attorney fees, was filed on December 26, 2007, and all parties served.

18   No opposition was filed. On February 6, 2008, the Court took the motion under submission.

19   There has been no ruling as of this date.

20        2.   A request to enter the default of Inocencio S. Ambe has been filed by Estela D.

21   Reed.   The motion is for a Court entry of the default with approval of service of process as

22   to Mr. Ambe.   The Clerk cannot enter the default, but the Court must approve the service

23   and enter the default. Mr. Ambe has been served by mail initially by Principal Life Insurance

24   Company, then  by Principal Life Insurance Company via Federal Express, and the by Ms.

25   Reed on the cross-claim by United Parcel Service.   This matter is before the Court.

26

27

28
_____

1    **SETTLEMENT UPON COURT'S GRANTING THE MOTION TO DISCHARGE**

2    **PRINCIPAL LIFE INSURANCE AND ENTERING DEFAULT AS TO MR. AMBE**

3          Condition upon the Court's granting the discharge of Principal Life Insurance

4    Company with the award of $2,500.00 as attorney fees/ costs to be paid from the interpled

5    funds, and the entry of the defaults as to Mr. Ambe (with Ms. Cabales's default already

6    entered), the remaining parties, ESTELA D. REED, the named beneficiary under the

7    insurance policy which was the source of the interpled funds, and VINA CUESTA STATUA

8    will submit to the court a stipulation for an entry of judgment which would provide that Vina

9    Cuesta Statua will be paid $10,000.00 from the interpled funds and the remaining balance,

10   approximately $47,183.54, plus any accrued interest, will be distributed to ESTELA D.

11   REED, parties to bear their own costs and attorney fees.

12

13                            CONCLUSION

14         There is no matter to litigate at this point as there is a settlement dependent upon the

15   Court's action on the pending matters before it.   Accordingly, it is requested that the CMC

16   be continued until the Court makes it ruling.

17   Date:  March 11, 2008              DAY LAW OFFICES

18                                   /s/      Montie S.Day

19                                   BY:_____
                                       Montie S. Day, Attorney for Estella D. Reed
20

21
     Date:  March 11, 2008              DeVRIS LAW GROUP
22
                                     /s/      Marc J. Cardinal
23
                                     BY_____
24                                      Marc  J. Cardinal for Vina Cuesta Status

25

26

27

28

---