Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No. 78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:   (510) 569-8558
   Day-Tel:   (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:   (208) 280-3766

    Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VINA CUESTA STATUA, INOCENCIO ) <br> S. AMBE, CORAZON AMBE ) <br> CABALES, ESTELA D. REED, and ) <br> DOES 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> ESTELA D. REED, ) <br> ) <br> Cross-claimant, ) <br> vs. ) <br> ) <br> VINA CUESTA STATUA, INOCENCIO ) <br> S. AMBE, and CORAZON AMBE ) <br> CABALES, ) <br> ) <br> Cross-defendants. ) <br> _____ ) | Case No.   C-07-4915 CW <br><br> MOTION TO EXTEND TIME <br> AND TO RESET CASE <br> MANAGEMENT CONFERENCE <br><br><br> SUPPORTING DECLARATION <br> OF MONTIE S. DAY <br><br> (LOCAL RULE 6.1(b)) |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

    APPLICATION IS MADE and set for March 20,  2008, at 2:00 p.m., or as soon

_____
MOTION RE: CMC CONTINUANCE

thereafter as the matter may be heard in before the Honorable Claudia Wilken, at Courtroom 2, 4th Floor, United States Courthouse, Oakland, California, and notice is hereby given that defendant and cross-claimant Estela D. Reed, will move this Court for an ORDER to continue the Case Management Conference currently set for March 25, 2008 to July 17, 2008 at 2:00 p.m.

The application is made pursuant to Local Rule 6.1 (b), and is made by application in that**, as to the parties now before the Court, this matter appears to be resolved and it is anticipated with the extension of time, this matter will be settled and fully resolved.**

The grounds for the continuance of the CMC are as follows:

1. The parties now before the Court are Principal Life Insurance Company who filed the interpleader action, Vina Cuesta Statua, a defendant, and Estela D. Reed, a defendant and a cross-claimant.

2. Not before the court are Inocencio S. Ambe (resident of the Philippines) whose default has been requested to be entered by the Court on the Cross-claim. This is pending before the Court on a motion.

3. Corazon Ambe Cabales (San Leandro, California) as been served and her default has been entered on the complaint, and Estela Reed has requested her default be entered on the cross-claim (pending before the Court)

3. As among Principal Life Insurance Company who filed the interpleader action and the defendants Vina Cuesta Statua and Estela D. Reed, an agreement has been reached whereby $2,500.00 will be paid to Principal Life Insurance Company, conditioned upon the Court entering the order for the attorney fees and costs and an order discharging the Principal Life Insurance Company from this action and any liability.

A motion for discharge of Principal Life Insurance Company, with the allowance of $2,500.00 as and for attorney fees, was filed on December 26, 2007, and all parties served. No opposition was filed. On February 6, 2008, the Court took the motion under submission. There has been no ruling as of this date.

4. Condition upon the Court's granting the discharge of Principal Life Insurance Company with the award of $2,500.00 as attorney fees/ costs to be paid from the

_____
MOTION RE: CMC CONTINUANCE
- 2 -

1  interpledd funds, and the entry of the defaults as to Mr. Ambe (with Ms. Cabales's

2  default already entered), the remaining parties, ESTELA D. REED, the named

3  beneficiary under the insurance policy which was the source of the interplead funds, and

4  VINA CUESTA STATUA will submit to the court a stiplation for an entry of judgment

5  which would provide that Vina Cuesta Statua will be paid $10,000.00 from the interpled

6  funds and the remaining balance, approximately $47,183.54, plus any accrued interest,

7  will be distributed to ESTELA D. REED, parties to bear their own costs and attorney

8  fees.

9  WHEREFORE, the progress of this case can be made based upon the Court's

10 ruling on the pending motion and matters, and it is expected that this case will be

11 resolved.

Date:   March 11, 2008                    DAY LAW OFFICES

                                          /s/   Montie S. Day

                                          BY:_____

DECLARATION OF MONTIE S. DAY

I, Montie S. Day, declare:

1. I am an attorney duly admitted to practice before this Court, and make this declaration upon personal knowledge.

2. The facts and grounds as set forth in the application above are true and correct.

3. As to the Plaintiff Principal Life Insurance Company and the defendants Vina Cuesta Statua and Estela D. Reed has been essential resolved, subject to procedural issues. The procedural issues and a motion are required to consummate the agreement as the two minority interested defendants have not appeared in the action.

4. If the Court grants the motion for the entry of the default of Mr. Ambe and grants the motion pending for the discharge of the liability as to Principal Life Insurance Company, the remaining parties intend to present to the Court a stipulation for entry of

1  judgment and a form of judgment.

2      I declare under the penalties of perjury that the foregoing is true and correct, and
3  that I have executed this declaration on March 11, 2008 at Williams, California.

4

5

6                                        /s/ Montie S. Day

7

8    &nbsn;                                  Montie S. Day, Attorney