1 | Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No. 78273)
2 | LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
3 | Oakland, California 94621
    Spease-Tel:  (510) 569-8558
4 |    Day-Tel:   (208) 280-3766

5 | Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
6 | P. O. Box 1045
Shoshone, Idaho 83352
7 |    Tel:  (208) 280-3766

8 |        Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | Case No.   C-07-4915 CW |
| vs. | (Proposed) ORDER TO EXTEND TIME AND TO RESET CASE MANAGEMENT CONFERENCE |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, | |
| Defendants. | |
| ESTELA D. REED, | |
| Cross-claimant, | |
| vs. | |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES, | |
| Cross-defendants. | |

_____
ORDER

1    UPON THE APPLICATION AND MOTION of Estela D. Reed, and for good cause
2 appearing,
3    IT IS HEREBY ORDERED that the Case Management Conference currently set for
4 March 25, 2008 is continued to July 17, 2008 at 2:00 p.m.

_____
JUDGE

ORDER                                                                                                          - 2 -