**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  510.637.3530

March 12, 2008

RE:  <u>CV 07-04915 CW</u>         <u>Principal Life Insurance Company-v- Statua</u>

Default is entered on **cross-claim** as to Corazon Ambe Cabales on 3/12/08.

RICHARD W. WIEKING, Clerk

by<u>Clara Pierce</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89