1 | Montie S. Day, Attorney   (Cal Bar No. 73327)
  | Laura R. Spease, Attorney (Cal Bar No. 78273)
2 | LAW OFFICES OF LAURA R. SPEASE
  | 7700 Edgewater Drive, Suite 147
3 | Oakland, California 94621
  |    Spease-Tel:   (510) 569-8558
4 |    Day-Tel:   (208) 280-3766

5 | Montie S. Day, Attorney   (Cal Bar No. 73327)
  | DAY LAW OFFICES
6 | P. O. Box 1045
  | Shoshone, Idaho 83352
7 |    Tel:   (208) 280-3766

8 |      Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | )<br>)<br>) Case No.   C-07-4915 CW |
| Plaintiff, | ) |
| vs. | ) |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, | )   ORDER<br>) DISCHARGING PRINCIPAL<br>) LIFE INSURANCE COMPANY<br>) FROM ANY LIABILITY WITH<br>) RESPECT TO THE INSURANCE |
| Defendants.<br>_____ | ) POLICY AND FUNDS DEPOSITED<br>) WITH THIS COURT, AND FOR<br>) ORDER FOR PAYMENT OF |
| ESTELA D. REED, | ) ATTORNEY FEES AND COSTS TO |
| Cross-claimant, | ) PRINCIPAL LIFE INSURANCE<br>) COMPANY IN THE AMOUNT OF |
| v. | ) $2,500.00 FROM INTERPLED<br>) FUNDS |
| VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES, | )<br>)<br>) |
| Cross-defendants.<br>_____ | )<br>) |

_____
(Proposed) ORDER

1

2       Upon the motion of defendant ESTELA D. REED, and with the concurrence of Vina

3 Cuesta Statua, defendant, as well as Principal Life Insurance Company, plaintiff, and FOR

4 GOOD CAUSE APPEARING:

5       IT IS HEREBY ORDERED and adjudged that PRINCIPAL LIFE INSURANCE

6 COMPANY, having deposited with this Court the proceeds of the life insurance policy in this

7 interpleader action, is discharged from any liability or obligations arising from or related to

8 the competing claims for the payments under a life insurance policy issued to Natividad A.

9 Cuesta (deceased), Policy Number 4346789 issued December 17, 1993, along with the funds

10 posted with the Clerk of the Court, the sum of $57,433.54 representing the amount due under

11 the policy;

12       IT IS FURTHER ORDERED and adjudged that PRINCIPAL LIFE INSURANCE

13 COMPANY is discharged from any obligations to participate further in the instant action;

14       IT IS FURTHER ORDERED that the defendants named herein are enjoined from

15 instituting any claims or actions against PRINCIPAL LIFE INSURANCE COMPANY

16 relating to the life insurance policy issued to Natividad A. Cuesta (deceased), Policy Number

17 4346789 issued December 17, 1993, and are ordered to present to this Court through their

18 pleadings any claims they may have to the interpled funds; AND

19       IT IS FURTHER ORDERED THAT the Clerk of the Court shall cause to be paid to

20 Principal Life Insurance Company the sum of $2,500.00 from the interpled funds on deposit

21 with this Court as and for attorney fees and costs.

22

23 Date:   3/12/08

24

25                                                                     _____

26                                                                       Judge

27

28

_____
(Proposed) ORDER                                                                                                    - 2 -