1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
      Spease-Tel:   (510) 569-8558
4     Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7     Tel:   (208) 280-3766

8         Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10, )<br>)<br>)<br>)<br>Defendants. )<br>_____ )<br>ESTELA D. REED, )<br>)<br>Cross-claimant, )<br>vs. )<br>)<br>VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES, )<br>)<br>Cross-defendants. )<br>_____ ) | Case No.   C-07-4915 CW<br><br>ORDER TO EXTEND TIME AND TO RESET CASE MANAGEMENT CONFERENCE AS MODIFIED |

_____

ORDER

1  UPON THE APPLICATION AND MOTION of Estela D. Reed, and for good cause
2 appearing,
3  IT IS HEREBY ORDERED that the Case Management Conference currently set for
4 March 25, 2008 is continued to **July 22, 2008 at 2:00 p.m.**

6  3/12/08                    _____
7                              JUDGE

ORDER                                                                                              - 2 -