**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking                                                                                      General Court Number
Clerk                                                                                                              510.637.3530

March 17, 2008


RE:  CV 07-04915 CW          Principal Life Insurance Company-v- Statua


Default is entered as to Inocencio S. Ambe on cross-claim on 3/17/08.



                            RICHARD W. WIEKING, Clerk


                            byClara Pierce
                            Case Systems Administrator


NDC TR-4  Rev. 3/89