1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   Laura R. Spease, Attorney (Cal Bar No.  78273)
2  LAW OFFICES OF LAURA R. SPEASE
   7700 Edgewater Drive, Suite 147
3  Oakland, California 94621
       Spease-Tel:   (510) 569-8558
4      Day-Tel:   (208) 280-3766

5  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
6  P. O. Box 1045
   Shoshone, Idaho 83352
7      Tel:   (208) 280-3766

8        Attorneys for Estela D. Reed

9
                UNITED STATES DISTRICT COURT
10
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 PRINCIPAL LIFE INSURANCE            )
   COMPANY,                            )
13                                     ) Case No.   C-07-4915 CW
           Plaintiff,                  )
14                                     )
   vs.                                 )
15                                     )
   VINA CUESTA STATUA, INOCENCIO       )  STIPULATION FOR ENTRY OF
16 S. AMBE, CORAZON AMBE               )  FINAL JUDGMENT PURSUANT
   CABALES, ESTELA D. REED, and        )  TO SETTLEMENT
17 DOES 1-10,                          )
                                       )
18         Defendants.                 )
   _____ )
19                                     )
   ESTELA D. REED,                     )
20                                     )
           Cross-claimant,             )
21 vs.                                 )
                                       )
22 VINA CUESTA STATUA, INOCENCIO       )
   S. AMBE, and CORAZON AMBE           )
23 CABALES,                            )
                                       )
24         Cross-defendants.           )
   _____ )
25

26       COMES NOW ESTELLA REED, defendant and cross-claimant, and VINA CUESTA

27 STATUA, defendant and cross-defendant, and with approval of PRINCIPAL LIFE

28
   _____

   STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT

1    INSURANCE COMPANY, and enter this stipulation by and through counsel for a resolution

2    of the pending matter.

3                                                      **RECITAL**

4            1.  PRINCIPAL LIFE INSURANCE COMPANY filed the instant interpleader action,

5    depositing with the Court the sum of $57,433.54.  Defendants were VINA CUESTA

6    STATUA, INOCENCIO  S. AMBE, CORAZON AMBE  CABALES, and ESTELA D.

7    REED.  ESTELA D. REED, in turn, with her answer, filed a cross-claim against cross-

8    defendants VINA CUESTA STATUA, INOCENCIO  S. AMBE and CORAZON AMBE

9    CABALES.

10           2.  On March 12, 2008, the Court issued an order discharging Principal Life Insurance

11   Company from any liability with respect to the competing claims for the funds, with the sum

12   of $2,500.00 to be paid from the interpled funds.

13           3.  Defendant and Cross-Defendant CORAZON AMBE CABALES, has been served,

14   failed to answer the complaint and the cross-claim, the default was entered.

15           4.     Defendant and Cross-Defendant INOCENCIO S. AMBE, a resident of the

16   Philippines, has been served first by mail, then by Principal Life Insurance Company via

17   Federal Express and a proof of delivery filed with this Court, and then by Estella D. Reed via

18   UPS with proof of delivery filed with this Court.   On March 17, 2008, the default of

19   INOCENIO S. AMBE was entered on the cross-claim.

20           WHEREFORE, the remaining parties claiming an interest in the interpled funds are:

21   **ESTELA D.  REED** and **VINA  CUESTA  STATUA,** with Principal Life Insurance

22   Company discharged for any further liability.

23
                                    **STIPULATION FOR SETTLEMENT**
24                                   **AND ENTRY OF JUDGMENT**

25           ESTELA D. REED and VINA CUESTA STATUA, by and through counsel, with the

26   approval of PRINCIPAL LIFE INSURANCE COMPANY, stipulate that the Court may enter

27   judgment as follows:

28
_____

STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT                                                    - 2 -

1    "UPON the stipulation of ESTELA D. REED and VINA CUESTA STATUA, the

2    only remaining parties before this Court, and the Court having granted a discharge of

3    Principal Life Insurance Company with the granting of $2,500.00 and for attorney fees;

4        IT IS HEREBY ORDERED AND ADJUDGED THAT the Clerk of the Court shall

5    first pay from the interpled funds the sum of $2,500.00 to Principal Life Insurance Company,

6    and as to then of the remaining interpled funds on deposit with the Court after the payment

7    of $2,500.00 to Principal Life Insurance Company, the Clerk of the Court shall distribute

8    funds as follows:

9        1.   The sum of $10,000.00 shall be and is hereby awarded to and shall be paid to

10   VINA CUESTA STATUA, payable to "De Vies Law Group and Vina Cuesta Statua"; and

11       2.   The remaining principal plus any accrued interest shall be and is hereby awarded

12   to and shall be paid to ESTELA D. REED, payable to "Laura R. Spease Client Trust Account

13   and Estela D. Reed"; and

14       3.  VINA CUESTA STATUA and ESTELA D. REED shall bear their own attorney

15   fees and costs; and

16       4.   PRINCIPAL LIFE INSURANCE COMPANY is hereby discharge from and all

17   liability relating to any and all claims for the life insurance policy at issue in this lawsuit, and

18   the corresponding proceeds deposited with the Court, and the claims of any and all

19   defendants herein."

20   Date:  March 17, 2008              DAY LAW OFFICES

21                                     /s/   Montie S. Day

22                                     BY:_____
23                                     Montie S. Day, Attorney for Estela D. Reed

24   Date:  March 17, 2008              DeVRIS LAW GROUP

25                                     /s/ Marc J. Cardinal

26                                     BY_____
27                                     Marc J. Cardinal, Attorney of Vina Cuesta Statua

28

_____

STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT                                    - 3 -

- 4 -

1 | Approved:

2 | Date:   March 17, 2008             WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                         DICKER LLP
3
                                         s/s    Michael K. Brisbin
4
                                         By_____
5                                              Michael K. Brisbin, Attorney for
                                                Principal Life Insurance Company
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____