**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking                              General Court Number
Clerk                                                      510.637.3530

March 19, 2008

RE:  CV 07-04915 CW          Principal Life Insurance Company-v- Statua

Default is entered as to Inocencio S. Ambe on 3/19/08.


                        RICHARD W. WIEKING, Clerk

                        byClara Pierce
                        Case Systems Administrator

NDC TR-4  Rev. 3/89