Montie S. Day, Attorney   (Cal Bar No. 73327)
Laura R. Spease, Attorney (Cal Bar No.  78273)
LAW OFFICES OF LAURA R. SPEASE
7700 Edgewater Drive, Suite 147
Oakland, California 94621
   Spease-Tel:   (510) 569-8558
   Day-Tel:   (208) 280-3766

Montie S. Day, Attorney   (Cal Bar No. 73327)
DAY LAW OFFICES
P. O. Box 1045
Shoshone, Idaho 83352
   Tel:   (208) 280-3766

     Attorneys for Estela D. Reed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, CORAZON AMBE CABALES, ESTELA D. REED, and DOES 1-10,<br><br>    Defendants.<br>_____<br>ESTELA D. REED,<br><br>    Cross-claimant,<br><br>vs.<br><br>VINA CUESTA STATUA, INOCENCIO S. AMBE, and CORAZON AMBE CABALES,<br><br>    Cross-defendants.<br>_____ | Case No.   C-07-4915 CW<br><br>FINAL JUDGMENT PURSUANT TO SETTLEMENT |

UPON the stipulation of ESTELA D. REED and VINA CUESTA STATUA, the only remaining parties before this Court, and the Court having granted a discharge of Principal

_____
FINAL JUDGMENT

1  Life Insurance Company with the granting of $2,500.00 and for attorney fees;

2  IT IS HEREBY ORDERED AND ADJUDGED THAT the Clerk of the Court shall
3  first pay from the interpled funds the sum of $2,500.00 to Principal Life Insurance Company,
4  and then as to the remaining interpled funds on deposit with the Court after the payment of
5  $2,500.00 to Principal Life Insurance Company, the Clerk of the Court shall distribute funds
6  as follows:

7  1.  The sum of $10,000.00 shall be and is hereby awarded to and shall be paid to
8  VINA CUESTA STATUA, payable to "De Vries Law Group and Vina Cuesta Statua"; and

9  2.  The remaining principal plus any accrued interest shall be and is hereby awarded
10 to and shall be paid to ESTELA D. REED, payable to "Laura R. Spease Client Trust Account
11 and Estela D. Reed"; and

12 3.  VINA CUESTA STATUA and ESTELA D. REED shall bear their own attorney
13 fees and costs; and

14 4. PRINCIPAL LIFE INSURANCE COMPANY is hereby discharged from any and
15 all liability relating to any and all claims for the life insurance policy at issue in this lawsuit,
16 and the corresponding proceeds deposited with the Court, and the claims of any and all
17 defendants herein.

20 Date:  3/24/08                            _____
21                                          Judge

24 Approved as to form:
25 DAY LAW OFFICES
26 /s/  Montie S. Day
   BY:_____
27 Montie S. Day, Attorney for Estela D. Reed

28
_____

FINAL JUDGMENT                                                                      - 2 -

1  DeVRIES LAW GROUP

2  /s/   Marc J. Cardinal
   BY_____
3  Marc J. Cardinal, Attorney of Vina Cuesta Statua

4  WILSON, ELSER, MOSKOWITZ, EDELMAN &
   DICKER LLP
5
   s/s Michael K. Brisbin
6  By_____
   Michael K. Brisbin, Attorney for
7  Principal Life Insurance Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

FINAL JUDGMENT                                                                                                  - 3 -